AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

2005 MAR 15 P 1:29

KEITH R. ABLOW
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION, AND
MAINE COAST MARINE CONSTRUCTION, INC.
    Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER:  

TO: (Name and Address of Defendant)

Agent or Authorized Representative of:
C.B. Marine Corporation
446 Commercial Street
Portland, Maine 04101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

John P. LeGrand, Esquire  BBO#550185
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, MA  02145
(617) 623-3001

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

_____
BY DEPUTY CLERK

FEB - - 2005
DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3-7-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sammy S. Rinaldi | Dep Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1146th Commercial St.
Revere, to Melody Hale Admin Ast

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-7-05         _Sammy S. Rinaldi_
                Date            Signature of Server

                                _26 Centuryway Posth..._
                                Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
03/03/05              Cumberland County Sheriff's Department                 1015
14:07                    Civil Process Service Worksheet              Page:    1


Process Number    : 05-001144

Person Served     :    44910
                       C.B. Marine Corp.
                       446 A. Commercial Street
                       Portland, ME  04101
                       Phone: (   )    -
                       Date of Birth:   /  /

Process Information:

Name Type         : Defendant              Disposition      : ACT
Agency            : 0300                   Court Date       :    /  /
Court Number      : 05-10347 RGS           Court Code       :
Judge Name        :                        Copies Received: 02
Date Issued       : 02/22/05               Expiration Date:    /  /
Date Received     : 14:05:27 03/03/05      Date Returned    :    /  /

Assigned Officer: Rinaldi S                Location         : POR

Service Requirements:


Papers Served     : SUM   Summons

Service Attempts:

By              Person Served       Address             Date/Time          Served
----------      --------------      ---------------     ----------------   ------
Rinaldi         c/o Moledy          S-A-A               3-7  15:10
                Hale
                Adria
                Asst


Remarks:                                                    $ 45.00
```