AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR -9  P 3:47
U.S. DISTRICT COURT
DISTRICT OF MASS

KEITH R. ABLOW
    Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION, AND
MAINE COAST MARINE CONSTRUCTION, INC.
    Defendants

05  10347 RGS

TO: (Name and Address of Defendant)

Agent or Authorized Representative of:
Fore River Dock & Dredge, Inc.
446 Commercial Street
Portland, Maine  04101

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

John P. LeGrand, Esquire  BBO#550185
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, MA  02145
(617) 623-3001

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

FEB 2 2 2005

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3-2-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sammy S. Rinaldi | Dep Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 446 Commercial St Boston
   c/o Melody Hale Admin Asst

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-2-05         *Sammy S. Rinaldi*
                Date          Signature of Server

36 County Way  Pon Mo
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
03/02/05                Cumberland County Sheriff's Department              1015
12:47                     Civil Process Service Worksheet              Page:    1


Process Number    : 05-001118

Person Served     :    245194
                       Fore River Dock & Dredge, Inc.
                  446  450 Commercial Street
                       Portland, ME   04102
                       Phone: (   )    -
                       Date of Birth:    /  /

Process Information:

Name Type         : Defendant              Disposition      : ACT
Agency            : 0300                   Court Date       :   /  /
Court Number      : 05-10347 RGS           Court Code       :
Judge Name        :                        Copies Received: 02
Date Issued       : 02/22/05               Expiration Date:    /  /
Date Received     : 12:44:01 03/02/05      Date Returned    :   /  /

Assigned Officer: Rinaldi S                Location         : POR

Service Requirements:
Sam, Cover letter gives an address of 446 Commercial St., Not sure
which address is correct.

Papers Served     : SUM   Summons

Service Attempts:

By              Person Served       Address           Date/Time         Served
```

Rinaldi   c/o Melody   S-A-M   3-2   15:00
          Hale
          Admin.
          Asst

45.00

Remarks: