AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

KEITH R. ABLOW
Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION, AND
MAINE COAST MARINE CONSTRUCTION, INC.
Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 10347 RGS

TO: (Name and Address of Defendant)

Agent or Authorized Representative of:
Maine Coast Marine Construction, Inc.
14 Ocean Street, Suite 1
South Portland, Maine 04106

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

John P.LeGrand, Esquire BBO#550185
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

FEB 2 2 2005
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 3/2/05 |
|---|---|
| NAME OF SERVER (PRINT) Gary Punsky | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 111 Commercial St. Portland ME

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): via company clerk Nicholas Walsh Attorney

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/2/05
*Date*

[signature]
*Signature of Server*

36 County Way Portland
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

03/02/05
13:05

Cumberland County Sheriff's Department
Civil Process Service Worksheet

1015
Page: 1

Process Number : 05-001122

Person Served : 200805
Maine Coast Marine Constructio
14 Ocean Street, Suite 1
South Portland, ME 04106
Phone: (207)772-2191
Date of Birth: / /

1/1 out of business at this location

Process Information:

| | | | |
|---|---|---|---|
| Name Type | : Defendant | Disposition | : ACT |
| Agency | : 0300 | Court Date | : / / |
| Court Number | : 05-10347 RGS | Court Code | : |
| Judge Name | : | Copies Received | : 02 |
| Date Issued | : 02/22/05 | Expiration Date | : / / |
| Date Received | : 13:03:44 03/02/05 | Date Returned | : / / |

Assigned Officer: Punsky G

Location : SOP

Service Requirements:

Papers Served : SUM Summons

Service Attempts:

| By | Person Served | Address | Date/Time | Served |
|---|---|---|---|---|
| 138 | | 1/1 Commercial St Portland | 3/2 1528 | f |

Remarks: clerk Nicholas Walsh

4 5.00