UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH R. ABLOW,                )<br>                                          )<br>              Plaintiff,             )<br>                                          )<br>      v.                                  )<br>                                          )<br>FORE RIVER DOCK & DREDGE, INC.,)<br>a Maine corporation with a principal    )<br>place of business in Portland, Maine,    )<br>C.B. MARINE CORPORATION, and        )<br>MAINE COAST MARINE                     )<br>CONSTRUCTION, a Maine corporation )<br>with a present or former place of business )<br>in South Portland, Maine,                )<br>                                          )<br>              Defendants.           )<br>_____) | Civil Action No. 05-10347-RGS |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as counsel in this case for the defendant, Fore River Dock & Dredge, Inc.

By its attorneys,

*Seth S. Holbrook*
Seth S. Holbrook, BBO # 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA  02110
617-428-1151

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on  3-14-05

*Seth S. Holbrook*