UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05-cv-10347-RGS |
| ) | |
| FORE RIVER DOCK & DREDGE, INC., ) | |
| C-B MARINE CORPORATION and ) | |
| MAINE COAST MARINE ) | |
| CONSTRUCTION, ) | |
| ) | |
| Defendants ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Maine Coast Marine Construction.

I certify that I am admitted to practice in this court.

Dated at Portland, Maine this 4th day of April, 2005.

_/s/ Lisa F. Bendetson_
Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500 Phone
(207) 774-3591 Fax

## CERTIFICATE OF SERVICE

I, Lisa F. Bendetson, attorney for Defendant Maine Coast Marine Construction, hereby certify that I made service of the foregoing Entry of Appearance, via facsimile and by depositing a true copy of same, on this date, in the U.S. Mail, postage pre-paid, to:

John P. LeGrand, Esq.
John P. LeGrand & Associates, P.C.
375 Broadway – Suite 2
Somerville, MA  02145
Fax: 617.623.0101

Seth S. Holbrook, Esq.
Holbrook & Murphy
150 Federal Street
Boston, MA  02110
Fax: 617.443.1696

Dated at Portland, Maine, this 4th day of April, 2005.

*Lisa F. Bendetson*
Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500