UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH ABLOW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:05-cv-10347-RGS |
| FORE RIVER DOCK & DREDGE, INC., | ) | |
| C-B MARINE CORPORATION and | ) | |
| MAINE COAST MARINE | ) | |
| CONSTRUCTION, | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANT MAINE COAST MARINE CONSTRUCTION'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES Defendant Maine Coast Marine Construction (hereinafter "Maine Coast Marine") by and through its attorneys, Thompson & Bowie, LLP, and answers the Plaintiff's Complaint as follows:

### COUNT I
### NEGLIGENCE V. FORE RIVER DOCK & DREDGE, INC.

1.-6.    Count I of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this count is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

### COUNT II
### NEGLIGENCE V. C.B. MARINE CORPORATION

7.-13.    Count II of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this count is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

## COUNT III
## NEGLIGENCE V. MAINE COAST MARINE CONSTRUCTION, INC.

14.    Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 13 above as if fully set forth herein.

15.    Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and, therefore, denies same.

16.    Defendant Maine Coast Marine admits that as of December 11, 2002 it was a corporation duly organized under the laws of Maine but denies the remaining allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.    Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and, therefore, denies same.

18.    Defendant Maine Coast Marine denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.    Defendant Maine Coast Marine denies the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.    Defendant Maine Coast Marine denies the allegations contained in Paragraph 20 of Plaintiff's Complaint.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## COUNT IV
## TRESPASS TO LAND V. FORE RIVER DOCK & DREDGE, INC.

21.-26.        Count IV of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this count is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

## COUNT V
## TRESPASS TO LAND V. FORE RIVER DOCK & DREDGE, INC.

27.-32.        Count V of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine. To the extent this count is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

## COUNT VI
## TRESPASS TO LAND V. MAINE COAST MARINE CONSTRUCTION, INC.

33.    Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 32 above as if fully set forth herein.

34.    Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint and, therefore, denies same.

35.    Defendant Maine Coast Marine admits that as of December 11, 2002 it was a corporation duly organized under the laws of Maine but denies the remaining allegations contained in Paragraph 35 of Plaintiff's Complaint.

36.    Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 36 of Plaintiff's Complaint and, therefore, denies same.

37.    Defendant Maine Coast Marine denies the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.    Defendant Maine Coast Marine denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## COUNT VII
## NUISANCE V. FORE RIVER DOCK & DREDGE, INC.

39.-44.    Count VII of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine.  To the extent this count is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

## COUNT VIII
## NUISANCE V. C-B MARINE CORPORATION

45.-50.    Count VIII of Plaintiff's Complaint does not appear to state a claim as against Defendant Maine Coast Marine.  To the extent this count is construed to contain allegations of fact and/or claims as against Maine Coast Marine, they are denied.

COUNT IX
## NUISANCE V. MAINE COAST MARINE CONSTRUCTION, INC.

51.    Defendant Maine Coast Marine repeats and realleges its answers to the allegations contained in Paragraphs 1 through 50 above as if fully set forth herein.

52.    Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint and, therefore, denies same.

53.    Defendant Maine Coast Marine admits that as of December 11, 2002 it was a corporation duly organized under the laws of Maine but denies the remaining allegations contained in Paragraph 53 of Plaintiff's Complaint.

54.    Defendant Maine Coast Marine has insufficient information with which to form a belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint and, therefore, denies same.

55.    Defendant Maine Coast Marine denies the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56.    Defendant Maine Coast Marine denies the allegations contained in Paragraph 56 of Plaintiff's Complaint.

WHEREFORE, Defendant Maine Coast Marine respectfully requests that Plaintiff's Complaint be dismissed and for its costs and for such other relief the court deems just and appropriate.

## JURY DEMAND

Defendant Maine Coast Marine hereby demands a jury trial.

## AFFIRMATIVE DEFENSES

1.    Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2.    Plaintiff's claims are barred by the doctrine of estoppel.

3.    Plaintiff's claims are barred by the doctrine of waiver.

4.    Plaintiff's claims are barred by the doctrine of unclean hands.

5.    Plaintiff's alleged damages were caused by an intervening Act of God.

6.    Plaintiff's alleged damages were caused by the independent and intervening conduct of third parties not subject to Defendant's control and for which Defendant is not responsible.

7.    Plaintiff's claims are barred or his damages must be reduced based upon his comparative fault.

8.    Plaintiff has failed to mitigate his damages.

9.    Plaintiff's claims are barred by the doctrine of laches.

10.    Plaintiff's claims are barred by the applicable statute of limitations.

11.    Plaintiff's claims are barred by privilege.

Dated at Portland, Maine this 4th day of April, 2005.

_Lisa F. Bendetson_

Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500

6

## CERTIFICATE OF SERVICE

I, Lisa F. Bendetson, attorney for Defendant Maine Coast Marine Construction,

hereby certify that I made service of the foregoing Defendant Maine Coast Marine

Construction's Answer to Plaintiff's Complaint and Demand for Jury Trial, via facsimile

and by depositing a true copy of same, on this date, in the U.S. Mail, postage pre-paid, to:

John P. LeGrand, Esq.
John P. LeGrand & Associates, P.C.
375 Broadway – Suite 2
Somerville, MA  02145
Fax: 617.623.0101

Seth S. Holbrook, Esq.
Holbrook & Murphy
150 Federal Street
Boston, MA  02110
Fax: 617.443.1696

Dated at Portland, Maine, this 4th day of April, 2005.

Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500