UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 APR -5  A 10: 57

DISTRICT COURT
DISTRICT OF MASS.

KEITH ABLOW,                              )
                                         )
        Plaintiff                        )
                                         )
v.                                       )
                                         )     Case No. 1:05-cv-10347-RGS
FORE RIVER DOCK & DREDGE, INC.,          )
C-B MARINE CORPORATION and               )
MAINE COAST MARINE                       )
CONSTRUCTION,                            )
                                         )
        Defendants                       )

### DEFENDANT MAINE COAST MARINE CONSTRUCTION'S CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant Maine Coast Marine Construction, by and through

counsel, and submits the following Corporate Disclosure Statement pursuant to Rule 7.1,

Fed.R.Civ.P 7.1, as follows:

As of December 11, 2002, Maine Coast Marine Construction was a Maine

corporation. It was not a parent, subsidiary or affiliate of a publicly held corporation nor

did any publicly held corporation own more than 10% of its stock.

Defendant Maine Coast Marine Construction was administratively dissolved on

October 1, 2003.

Dated at Portland, Maine this 4th day of April, 2005.

*Lisa F. Bendetson*

Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500

2

## CERTIFICATE OF SERVICE

I, Lisa F. Bendetson, attorney for Defendant Maine Coast Marine Construction,

hereby certify that I made service of the foregoing Defendant Maine Coast Marine

Construction's Corporate Disclosure Statement, via facsimile and by depositing a true

copy of same, on this date, in the U.S. Mail, postage pre-paid, to:

John P. LeGrand, Esq.
John P. LeGrand & Associates, P.C.
375 Broadway – Suite 2
Somerville, MA  02145
Fax: 617.623.0101

Seth S. Holbrook, Esq.
Holbrook & Murphy
150 Federal Street
Boston, MA  02110
Fax: 617.443.1696

Dated at Portland, Maine, this 4th day of April, 2005.

Lisa F. Bendetson, Esq. (BBO#567069)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500

3