UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:05-cv-10347-RGS |
| FORE RIVER DOCK & DREDGE, INC., ) | |
| C-B MARINE CORPORATION and ) | |
| MAINE COAST MARINE ) | |
| CONSTRUCTION, ) | |
| ) | |
| Defendants ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Maine Coast Marine Construction.

I certify that I am admitted to practice in this court.

Dated at Portland, Maine this 13th day of May, 2005.

                                    /s/ Cathy S. Roberts
                                    Cathy S. Roberts, Esq. (BBO#547407)
                                    Attorney for Defendant Maine Coast
                                    Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
Phone:(207) 774-2500
Fax:   (207) 774-3591
Email: croberts@thompsonbowie.com