UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>FORE RIVER DOCK & DREDGE, INC., )<br>C-B MARINE CORPORATION and )<br>MAINE COAST MARINE )<br>CONSTRUCTION, )<br>)<br>   Defendants ) | Case No. 1:05-cv-10347-RGS |

## MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Defendant Maine Coast Marine Construction moves for leave, as Third-Party Plaintiff, to cause to be served upon Third-Party Defendant Guy Splettstoesser a Third-Party Complaint and Summons to Third-Party Defendant, copies which are attached as Exhibits A and B.

Dated at Portland, Maine this 13th day of May, 2005.

                                                  */s/ Cathy S. Roberts*
                                                Cathy S. Roberts, Esq. (BBO#547407)
                                                Attorney for Defendant Maine Coast
                                                Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
Phone: (207) 774-2500
Fax:   (207) 774-3591
Email: croberts@thompsonbowie.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW,<br>　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| FORE RIVER DOCK & DREDGE, INC.,<br>C-B MARINE CORPORATION and<br>MAINE COAST MARINE<br>CONSTRUCTION,<br>　　Defendants | )　　Case No. 1:05-cv-10347-RGS<br>)<br>)<br>)<br>)<br>) |
| and | )<br>) |
| MAINE COAST MARINE<br>CONSTRUCTION,<br>　　Third Party Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| GUY SPLETTSTOESSER,<br>　　Third Party Defendant | )<br>) |

**THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL**

　　NOW COMES Defendant/Third Party Plaintiff Maine Coast Marine Construction, by and through counsel, Thompson & Bowie, LLP and brings this Third Party Complaint against Guy Splettstoesser as follows:

　　1.　　Plaintiff alleges damages as a result of negligence, trespass to land and nuisance.

　　2.　　Maine Coast Marine Construction has denied the material allegations contained in the Complaint and denies that it is liable to the Plaintiff for the damages alleged therein to have been incurred. This Third Party Complaint is pled and asserted

without prejudice to those denials. A copy of the original Complaint and Defendant Maine Coast Marine Construction's Answer to the Complaint are incorporated by reference herein.

      3.     Defendant/Third Party Plaintiff Maine Coast Marine Construction, without waiving the specific denials set forth in its answer to the Complaint, hereby asserts that should it be found liable to Plaintiff on the Complaint, then Maine Coast Marine Construction is entitled to indemnification and/or contribution from the Third Party Defendant Guy Splettstoesser.

      4.     Defendant/Third Party Plaintiff hereby demands a jury trial.

WHEREFORE, Defendant/Third Party Plaintiff Maine Coast Marine Construction respectfully requests that should it be found liable to Plaintiff on the Complaint, that this Court enter judgment in favor of Maine Coast Marine Construction and against Third Party Defendant Guy Splettstoesser.

Dated at Portland, Maine this 13th day of May, 2005.

                                          */s/ Cathy S. Roberts*
                                          Cathy S. Roberts, Esq. (BBO#547407)
                                          Attorney for Defendant Maine Coast
                                          Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
Phone: (207) 774-2500
Fax: (207) 774-3591
Email: croberts@thompsonbowie.com

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

PLAINTIFF

    Keith Ablow

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    Maine Coast Marine Construction

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:   1:05-cv-10347-RGS

V. THIRD PARTY DEFENDANT

    Guy Splettstoesser

To: Name and address of Third Party Defendant

    Guy Splettstoesser
    124 Briarwood Road
    South Portland, Maine, 04106

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| John P. LeGrand, Esq.<br>John P. LeGrand & Associates, P.C.<br>375 Broadway - Suite 2<br>Somerville, MA 02145 | Cathy S. Roberts, Esq.<br>Thompson & Bowie, LLP<br>Three Canal Plaza<br>P.O. Box 4630<br>Portland, ME  04112-4630 |

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                                                    DATE

(By) DEPUTY CLERK

◈AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                   Date                   *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.