UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT OF THE DEFENDANT, C.B. MARINE CORPORATION

NOW comes the plaintiff in the above-captioned matter and moves this Honorable Court to enter a default judgment against the defendant, C.B. Marine Corporation.

As grounds therefore, plaintiff states that immediately following the filing of the above-captioned action, the defendant C.B. Marine Corporation was served with a copy of the Summons and Complaint as confirmed in the attached Proof of Service previously filed with the Court on March 11, 2005. Since service was made by Deputy Sheriff Sammy S. Rinaldi on March 7, 2005 at the defendant's principle place of business at 446A Commercial Street, Portland, Maine by delivering in hand to Molady Hale, Administrative Assistant. The appropriate time within which the defendant had to answer the Complaint has elapsed.

Therefore, plaintiff hereby moves this Honorable Court to enter a default judgment against the defendant.

Attorney for the Plaintiff,

*/s/ John P. LeGrand*

John P. LeGrand
JOHN P. LEGRAND & ASSOCAITES, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
BBO No: 550185
(617) 623-3001

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

KEITH R. ABLOW
    Plaintiff

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION, AND
MAINE COAST MARINE CONSTRUCTION, INC.
    Defendants

05 10347 RGS

TO: (Name and Address of Defendant)

    Agent or Authorized Representative of:
    C.B. Marine Corporation
    446 Commercial Street
    Portland, Maine 04101

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    John P. LeGrand, Esquire   BBO#550185
    JOHN P. LEGRAND & ASSOCIATES, PC
    375 Broadway, Suite 2
    Somerville, MA  02145
    (617) 623-3001

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

FEB - - 2005
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3-7-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SAMMY S. Rinaldi | Dep Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 446ᴬ Commercial St. Postine. % Melody Hale  admin Ast

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-7-05       *Sammy S. Rinaldi*
                Date              Signature of Server

36 Countyway Postine
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
03/03/05                  Cumberland County Sheriff's Department                    1015
14:07                          Civil Process Service Worksheet                Page:    1


Process Number   : 05-001144

Person Served    :    44910
                      C.B. Marine Corp.
                      446 A. Commercial Street
                      Portland, ME  04101
                      Phone: (   )   -
                      Date of Birth:   /  /

Process Information:

Name Type        : Defendant              Disposition     : ACT
Agency           : 0300                   Court Date      :   /  /
Court Number     : 05-10347 RGS           Court Code      :
Judge Name       :                        Copies Received: 02
Date Issued      : 02/22/05               Expiration Date:   /  /
Date Received    : 14:05:27 03/03/05      Date Returned   :   /  /

Assigned Officer: Rinaldi S               Location        : POR

Service Requirements:


Papers Served    : SUM   Summons

Service Attempts:

By              Person Served      Address              Date/Time          Served
```

| By | Person Served | Address | Date/Time | Served |
|---|---|---|---|---|
| Rinaldi | c/o Molody Hale Admin. Asst | s-A-A | 3-7  1510 | |

$45.00

Remarks:

```
03/08/05              Cumberland County Sheriff's Department                      1015
09:17                      Statement of Process Costs                   Page:        1


Process Number: 05-001144


Responsible Party:
   John P. LeGrand
   375 Broadway, Suite 2
   Somerville, MA          02145




Plaintiff:
   Keith Ablow
   Plum Island, MA



Defendant:
    Fore River Dock & Dredge, Inc.
   450 Commercial Street
   Portland, ME 04102


Defendant:
   C.B. Marine Corp.
   446 A. Commercial Street
   Portland, ME 04101

     89063       03/ CR      #6200                                          -45.00
     2           03/ CHG     Summons                                         45.00
                                                                     --------------
                             FINAL REFUND DUE:                                0.00


I hereby certify that the refund due is correct and payable.
If not contacted within ten days, this statement will be considered correct.

                                                        Mark N. Dion
                                                        Sheriff


                                                 By: _____
                                                        Deputy

Return Address:
36 County Way
Portland, ME  04102
```

## CERTIFICATE OF SERVICE

I, John P. LeGrand, Esquire, hereby certify that on this 15th day of June, 2005, I served a copy of the Plaintiff's Motion for a Default Judgment Against the Defendant, C.B. Marine Corporation on all parties to this action by mailing same by first class mail postage prepaid to:

Agent or Authorized Representative of:
C.B. Marine Corporation
446 Commercial Street
Portland, ME 04101

Lisa F. Bendetson, Esquire
THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112

Seth S. Holbrook, Esquire
HOLBROOK & MURPHY
150 Federal Street
Boston, MA 02110

_____
John P. LeGrand