UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH R. ABLOW,<br>    Plaintiff<br><br>V.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>C.B. MARINE CORPORATION AND<br>MAINE COAST MARINE<br>CONSTRUCTION, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-10347-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**OBJECTION OF C.B. MARINE CORPORATION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND C.B. MARINE CORPORATION'S MOTION TO ALLOW A "LATE" ANSWER**
**(AGREED TO)**

NOW COMES C.B. Marine Corporation (hereinafter "C.B."), and moves the Court to deny Plaintiff's Motion for Default Judgment and to allow C.B. to file a "late" answer on the grounds as follows:

    1.    C.B. has not been served with process as required by law.

    2.    Plaintiff purports to have effected service by serving "C-O Melody Hale", "wife", "admin. asst."

    3.    As shown by the attached affidavit of Melody Hale (Exhibit A), she has never been an administrative assistant, employee, officer, director, or managing agent of C.B., nor has she served that company in any capacity.

    4.    Melody Hale in fact is the wife of the operator of Defendant Fore River Dock & Dredge, Inc., and she serves in the office of that company.

    5.    Melody Hale did not understand that she was being served with process on behalf of C.B., and if she had known that she would not have accepted the papers.

1

      6.      The undersigned has spoken with Plaintiff's attorney, John P. LeGrand, and he has no objection to the granting of this motion.

      7.      This motion is being filed because Attorney LeGrand failed to confirm the foregoing agreement in writing before leaving on vacation. C.B. proposes to file an answer to the complaint identical or nearly so to that attached as Exhibit B.

Dated this 28th day of June, 2005.

/s/ Mark G. Furey__
Mark G. Furey, Esq.
Attorney for Defendant C.B. Marine Corporation
Thompson Bull Furey Bass & MacColl
120 Exchange Street
P.O. Box 447
Portland, ME 04112-0447
(207)-793-2171

## **MEMORANDUM OF LAW**

Under F.R.Civ. P. 4, service on Melody Hale cannot be deemed service on C.B. In general, a Plaintiff is required to serve an officer, managing or general agent, or some other agent authorized by law to accept process. F.R.Civ P. 4(h)(1).

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH R. ABLOW,<br>　　Plaintiff<br><br>V.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>C.B. MARINE CORPORATION AND<br>MAINE COAST MARINE<br>CONSTRUCTION, INC.,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-10347-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Mark G. Furey, Esquire, hereby certify that on June 28, 2005, I electronically filed the following documents:

1. Objection of C.B. Marine Corporation to Plaintiff's Motion for Default Judgment and C.B. Marine Corporation's Motion to Allow a "Late" Answer (Agreed To), and

2. Affidavit of Melody Hale in Support of Objection of C.B. Marine Corporation to Plaintiff's Motion for Default Judgment and C.B. Marine Corporation's Motion to Allow a "Late" Answer (Agreed To)

with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following recipients:

　　John P. LeGrand, Esq.　　　LeGrandlaw@aol.com
　　Seth S. Holbrook, Esq.　　　holbrook_murphy@msn.com
　　Cathy Skeirik Roberts, Esq.　croberts@thompsonbowie.com


　　　　　　　　　　　　　　　　　　/s/ Mark G. Furey
　　　　　　　　　　　　　　　　　　Mark G. Furey, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Defendant C.B. Marine Corporation
　　　　　　　　　　　　　　　　　　Thompson, Bull, Furey, Bass &
　　　　　　　　　　　　　　　　　　MacColl, LLC, P.A.
　　　　　　　　　　　　　　　　　　120 Exchange Street
　　　　　　　　　　　　　　　　　　Portland, ME  04112-0447
　　　　　　　　　　　　　　　　　　(207) 774-7600

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEITH R. ABLOW,<br>    Plaintiff<br><br>V.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>C.B. MARINE CORPORATION AND<br>MAINE COAST MARINE<br>CONSTRUCTION, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-10347-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MELODY HALE IN SUPPORT OF OBJECTION OF C.B.
MARINE CORPORATION TO PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AND C.B. MARINE CORPORATION'S MOTION TO ALLOW A
"LATE" ANSWER
(AGREED TO)**

I, Melody Hale, being first duly sworn depose and say:

1. My name is Melody Hale, and the facts stated in this affidavit are based on my personal knowledge.

2. I have never served as an employee of C.B. Marine Corporation, nor have I ever acted as an officer, director, managing agent, or person authorized to accept service of process for C.B. Marine.

3. I have reviewed the summons in a civil action attached hereto as "Exhibit A".

4. The return of service section of Exhibit A purports to serve C.B. Marine by serving me as "wife" or "admin. asst."

5.       Specifically, I am not the wife of any person involved in the ownership or management of C.B. Marine . I am in fact the wife of Roger A. Hale who operates Co-Defendant Fore River Dock & Dredge, Inc.

6.       I did not accept service of process on behalf of C.B. Marine.  It was my understanding that I was receiving suit papers for Fore River Dock & Dredge, which is a company operated by my husband and for which I do work.


Dated this 27th day of June, 2005          /s/ Melody Hale
                                           Melody Hale



STATE OF MAINE
CUMBERLAND, SS.

On the 27th day of  June, personally appeared the above named Melody Hale and made oath that the statements in the foregoing affidavit are true to her personal knowledge.

                                           /s/ Jeannie Delahunt
                                           Jeannie Delahunt, Notary Public
                                           Commission Expires December 10, 2011



EXHIBIT A

# United States District Court

### DISTRICT OF MASSACHUSETTS

KEITH R. ABLOW
Plaintiff

v.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION, AND
MAINE COAST MARINE CONSTRUCTION, INC.
Defendants

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 10347 RGS

TO: (Name and Address of Defendant)

Agent or Authorized Representative of:
C.B. Marine Corporation
446 Commercial Street
Portland, Maine 04101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

John P. LeGrand, Esquire  BBO#550185
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, MA  02145
(617) 623-3001

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

FEB 22 2005
DATE



BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 3-7-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sammy S. Rinaldi | Dep Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 446A Commercial St.
Boston, to Melody Hale   admin. ass't
                  Suite

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-7-05    _Sammy S. Rinaldi_
           Date              Signature of Server

36 Countyway Boston
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEITH R. ABLOW,<br>　　Plaintiff<br><br>V.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>C.B. MARINE CORPORATION AND<br>MAINE COAST MARINE<br>CONSTRUCTION, INC.,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-10347-RGS<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER OF C.B. MARINE CORPORATION TO PLAINTIFF'S COMPLAINT, AND CROSS-CLAIM AGAINST CO-DEFENDANTS**

NOW COMES the Defendant, C.B. Marine Corporation (hereinafter "C.B."), and answers the Plaintiff's Complaint as follows:

**JURISDICTION**

C.B. is without sufficient knowledge to form a belief as to the truth of the allegations concerning jurisdiction, and therefore denies same.

**COUNT I**

This count is not directed at C.B. and therefore requires no answer from it.

**COUNT II**

7.　C.B. denies the allegations contained in paragraphs 1-6 of Count I.

8.　C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 and therefore denies the same.

9.　C.B. admits that it is a Maine corporation with a principal place of business on Commercial Street in Portland, Maine, but denies the other allegations contained in paragraph 9.

1

10. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies the same.

11. C.B. admits that it owned the tug and barge, but denies the other allegations contained in paragraph 11.

12. C.B. admits that the tug and barge grounded, but denies the other allegations contained in paragraph 12.

13. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 13 and therefore denies the same.

WHEREFORE, C.B. prays that Count II be dismissed and that it be awarded its costs and attorney's fees.

### COUNT III

This Count is not directed at C.B. and therefore requires no answer from it.

### COUNT IV

This Count is not directed at C.B. and therefore requires no answer from it.

### COUNT V

27. C.B. restates its answers to the paragraphs directed against it, and C.B. denies the other allegations contained in preceding paragraphs.

28 C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 28 and therefore denies same.

29. C.B. admits that it is a Maine corporation with a place of business on Commercial Street in Portland, but denies the other allegations contained in paragraph 29.

30. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 30, and therefore denies the same.

31. C.B. admits that it owned the tug and barge, but denies the other allegations contained in paragraph 31.

32. C.B. denies the allegations contained in paragraph 32.

WHEREFORE, C.B. prays that Count V be dismissed and that it be awarded its costs and attorney's fees.

## COUNT VI

This Count is not directed at C.B. and therefore requires no answer from it.

## COUNT VII

This Count is not directed at C.B. and therefore requires no answer from it.

## COUNT VIII

45. C.B. repeats its answers to preceding paragraphs directed against it. As to other preceding paragraphs, C.B. denies same.

46. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 46, and therefore denies the same.

47. C.B. admits that it is a Maine corporation with a principal place of business on Commercial Street in Portland, Maine, but denies the other allegations contained in paragraph 47.

48. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 48, and therefore denies the same.

49. C.B. admits that it owned the tug and barge, but denies the other allegations contained in paragraph 49.

50. C.B. denies the allegations contained in paragraph 50.

WHEREFORE, C.B. Marine Corporation prays that Count VIII be dismissed and that it be awarded its costs and attorney's fees.

## COUNT IX

This Count is not directed at C.B. and therefore requires no answer from it.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. The Plaintiff's Complaint is barred by the applicable statutes of limitations.

2. The Plaintiff has failed to mitigate damages.

3. The Plaintiff is guilty of negligence or other fault to such an extent as to bar or reduce his recovery as provided by law.

4. The Complaint fails to state a claim upon which relief can be granted in all counts directed at C.B.

5. The Complaint is barred by accord and satisfaction.

6. The Complaint is barred by the Defendants' compliance with all governmental orders and directives.

## CROSS-CLAIM

NOW COMES the Defendant, C.B. Marine Corporation, and cross-claims against its Co-defendants as follows:

1. The damages, if any, sustained by the Plaintiff were caused in whole or in part by the negligence or other fault of Defendants Fore River Dock & Dredge, Inc., and Maine Coast Marine Construction, Inc., or by their trespass, or by their creation of a nuisance.

    2.    In the event that any judgment is issued against C.B., than C.B. is entitled to indemnity or contribution from Fore River and Maine Coast.

WHEREFORE, C.B. Marine Corporation demands a judgment of contribution and/or indemnity against its Co-defendants, together with interests, costs and attorney's fees.

Dated this 28th day of June, 2005.    /s/ Mark G. Furey\_\_
    Mark G. Furey, Esq.
    Attorney for Defendant C.B. Marine Corporation
    Thompson Bull Furey Bass & MacColl
    120 Exchange Street
    P.O. Box 447
    Portland, ME 04112-0447
    (207)-793-2171