UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW,<br>    Plaintiff<br><br>v.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>C-B MARINE CORPORATION and<br>MAINE COAST MARINE<br>CONSTRUCTION,<br>    Defendants<br><br>and<br><br>MAINE COAST MARINE<br>CONSTRUCTION,<br>    Third Party Plaintiff<br><br>v.<br><br>GUY SPLETTSTOESSER,<br>    Third Party Defendant | Case No. 1:05-cv-10347-RGS |

### THIRD PARTY COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES Defendant/Third Party Plaintiff Maine Coast Marine Construction, by and through counsel, Thompson & Bowie, LLP and brings this Third Party Complaint against Guy Splettstoesser as follows:

    1.    Plaintiff alleges damages as a result of negligence, trespass to land and nuisance.

    2.    Maine Coast Marine Construction has denied the material allegations contained in the Complaint and denies that it is liable to the Plaintiff for the damages alleged therein to have been incurred. This Third Party Complaint is pled and asserted

without prejudice to those denials. A copy of the original Complaint and Defendant Maine Coast Marine Construction's Answer to the Complaint are incorporated by reference herein.

3. Defendant/Third Party Plaintiff Maine Coast Marine Construction, without waiving the specific denials set forth in its answer to the Complaint, hereby asserts that should it be found liable to Plaintiff on the Complaint, then Maine Coast Marine Construction is entitled to indemnification and/or contribution from the Third Party Defendant Guy Splettstoesser.

4. Defendant/Third Party Plaintiff hereby demands a jury trial.

WHEREFORE, Defendant/Third Party Plaintiff Maine Coast Marine Construction respectfully requests that should it be found liable to Plaintiff on the Complaint, that this Court enter judgment in favor of Maine Coast Marine Construction and against Third Party Defendant Guy Splettstoesser.

Dated at Portland, Maine this 13th day of May, 2005.

/s/ Cathy S. Roberts
Cathy S. Roberts, Esq. (BBO#547407)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
Phone: (207) 774-2500
Fax: (207) 774-3591
Email: croberts@thompsonbowie.com

**Civil • Criminal • Query • Reports • Utilities • Logout**