**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KEITH R. ABLOW,<br><br>    Plaintiff,<br><br>v.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>a Maine corporation with a principal<br>place of business in Portland, Maine,<br>C.B. MARINE CORPORATION, and<br>MAINE COAST MARINE<br>CONSTRUCTION, a Maine corporation<br>with a present or former place of business<br>in South Portland, Maine,<br><br>    Defendants. | Civil Action No. 05-10347-RGS |

**DEFENDANT FORE RIVER DOCK & DREDGE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Now comes the defendant, Fore River Dock & Dredge, Inc., (hereinafter, "Fore River"), in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and submits its Corporate Disclosure Statement pursuant to Local Rule 7.3.

There is no parent corporation and no publicly held company owns 10% or more of the stock of Fore River Dock & Dredge, Inc.

By its attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

      I hereby certify that on July 14, 2005, I electronically filed the Defendant Fore River Dock & Dredge, Inc.'s Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John P. LeGrand, John P. LeGrand & Associates, P.C., 375 Broadway, Suite 2, Somerville, MA  02145; Mark G. Furey, Thompson, McNaboe, Ashley & Bull, 120 Exchange Street, Portland, ME  04101; Cathy Skeirik Roberts and Lisa F. Bendtson, Thompson & Bowie, LLP, Second Floor, 3 Canal Plaza, Portland, ME  04112-4630.

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com