UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEITH R. ABLOW,<br>    Plaintiff<br><br>V.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>C.B. MARINE CORPORATION AND<br>MAINE COAST MARINE<br>CONSTRUCTION, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-10347-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER OF C.B. MARINE CORPORATION TO PLAINTIFF'S COMPLAINT, AND CROSS-CLAIM AGAINST CO-DEFENDANTS**

NOW COMES the Defendant, C.B. Marine Corporation (hereinafter "C.B."), and answers the Plaintiff's Complaint as follows:

**JURISDICTION**

C.B. is without sufficient knowledge to form a belief as to the truth of the allegations concerning jurisdiction, and therefore denies same.

**COUNT I**

This count is not directed at C.B. and therefore requires no answer from it.

**COUNT II**

7. C.B. denies the allegations contained in paragraphs 1-6 of Count I.

8. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 and therefore denies the same.

9. C.B. admits that it is a Maine corporation with a principal place of business on Commercial Street in Portland, Maine, but denies the other allegations contained in paragraph 9.

10. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies the same.

11. C.B. admits that it owned the tug and barge, but denies the other allegations contained in paragraph 11.

12. C.B. admits that the tug and barge grounded, but denies the other allegations contained in paragraph 12.

13. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 13 and therefore denies the same.

WHEREFORE, C.B. prays that Count II be dismissed and that it be awarded its costs and attorney's fees.

## COUNT III

This Count is not directed at C.B. and therefore requires no answer from it.

## COUNT IV

This Count is not directed at C.B. and therefore requires no answer from it.

## COUNT V

27. C.B. restates its answers to the paragraphs directed against it, and C.B. denies the other allegations contained in preceding paragraphs.

28 C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 28 and therefore denies same.

29. C.B. admits that it is a Maine corporation with a place of business on Commercial Street in Portland, but denies the other allegations contained in paragraph 29.

30. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 30, and therefore denies the same.

31. C.B. admits that it owned the tug and barge, but denies the other allegations contained in paragraph 31.

32. C.B. denies the allegations contained in paragraph 32.

WHEREFORE, C.B. prays that Count V be dismissed and that it be awarded its costs and attorney's fees.

## COUNT VI

This Count is not directed at C.B. and therefore requires no answer from it.

## COUNT VII

This Count is not directed at C.B. and therefore requires no answer from it.

## COUNT VIII

45. C.B. repeats its answers to preceding paragraphs directed against it. As to other preceding paragraphs, C.B. denies same.

46. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 46, and therefore denies the same.

47. C.B. admits that it is a Maine corporation with a principal place of business on Commercial Street in Portland, Maine, but denies the other allegations contained in paragraph 47.

48. C.B. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 48, and therefore denies the same.

49. C.B. admits that it owned the tug and barge, but denies the other allegations contained in paragraph 49.

50. C.B. denies the allegations contained in paragraph 50.

WHEREFORE, C.B. Marine Corporation prays that Count VIII be dismissed and that it be awarded its costs and attorney's fees.

### COUNT IX

This Count is not directed at C.B. and therefore requires no answer from it.

### DEFENSES AND AFFIRMATIVE DEFENSES

1. The Plaintiff's Complaint is barred by the applicable statutes of limitations.

2. The Plaintiff has failed to mitigate damages.

3. The Plaintiff is guilty of negligence or other fault to such an extent as to bar or reduce his recovery as provided by law.

4. The Complaint fails to state a claim upon which relief can be granted in all counts directed at C.B.

5. The Complaint is barred by accord and satisfaction.

6. The Complaint is barred by the Defendants' compliance with all governmental orders and directives.

### CROSS-CLAIM

NOW COMES the Defendant, C.B. Marine Corporation, and cross-claims against its Co-defendants as follows:

1. The damages, if any, sustained by the Plaintiff were caused in whole or in part by the negligence or other fault of Defendants Fore River Dock & Dredge, Inc., and Maine Coast Marine Construction, Inc., or by their trespass, or by their creation of a nuisance.

2.      In the event that any judgment is issued against C.B., than C.B. is entitled to indemnity or contribution from Fore River and Maine Coast.

WHEREFORE, C.B. Marine Corporation demands a judgment of contribution and/or indemnity against its Co-defendants, together with interests, costs and attorney's fees.

Dated this 15th day of June, 2005.        /s/ Mark G. Furey__
                                          Mark G. Furey, Esq.
                                          Attorney for Defendant C.B. Marine Corporation
                                          Thompson Bull Furey Bass & MacColl
                                          120 Exchange Street
                                          P.O. Box 447
                                          Portland, ME 04112-0447
                                          (207)-793-2171

### Certificate of Service

I, Mark G. Furey, Esq., hereby certify that on July 15, 2005, I electronically filed the Answer of C.B. Marine Corporation to Plaintiff's Complaint, and Crossclaim Against Co-Defendants with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following recipients:

John P. LeGrand, Esq.         LeGrandlaw@aol.com
Seth S. Holbrook, Esq.        holbrook_murphy@msn.com
Cathy Skeirik Roberts, Esq.   croberts@thompsonbowie.com

                                          /s/ Mark G. Furey
                                          Mark G. Furey, Esq.
                                          Attorney for Defendant C.B. Marine Corporation
                                          Thompson, Bull, Furey, Bass &
                                          MacColl, LLC, P.A.
                                          120 Exchange Street
                                          Portland, ME  04112-0447
                                          (207) 774-7600