UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH R. ABLOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORE RIVER DOCK & DREDGE, INC., )<br>C.B. MARINE CORPORATION AND )<br>MAINE COAST MARINE )<br>CONSTRUCTION, INC., )<br>)<br>Defendants. ) | Case No. 1:05-cv-10347-RGS |

## CORPORATE DISCLOSURE STATEMENT
## OF C.B. MARINE CORPORATION

NOW COMES Defendant C.B. Marine Corporation, by and through its counsel, Thompson, Bull, Furey, Bass & MacColl, LLC, P.A., and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it has no parent companies, subsidiaries or affiliates that have issued shares to the public.

Dated this 15th day of June, 2005.

/s/ Mark G. Furey
Mark G. Furey, Esq.
Attorney for Defendant C.B. Marine Corporation
Thompson Bull Furey Bass & MacColl
120 Exchange Street
P.O. Box 447
Portland, ME 04112-0447
(207)-793-2171

1

**Certificate of Service**

  I, Mark G. Furey, Esq., hereby certify that on July 15, 2005, I electronically filed the Corporate Disclosure Statement of C.B. Marine with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following recipients:

  John P. LeGrand, Esq.  LeGrandlaw@aol.com
  Seth S. Holbrook, Esq.  holbrook_murphy@msn.com
  Cathy Skeirik Roberts, Esq. croberts@thompsonbowie.com

        /s/ Mark G. Furey
        Mark G. Furey, Esq.
        Attorney for Defendant C.B. Marine Corporation
        Thompson, Bull, Furey, Bass &
        MacColl, LLC, P.A.120 Exchange Street
        Portland, ME  04112-0447
        (207) 774-7600