UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH ABLOW, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FORE RIVER DOCK & DREDGE, INC., | ) | Case No. 1:05-cv-10347-RGS |
| C-B MARINE CORPORATION and | ) | |
| MAINE COAST MARINE | ) | |
| CONSTRUCTION, | ) | |
|     Defendants | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MAINE COAST MARINE | ) | |
| CONSTRUCTION, | ) | |
|     Third Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GUY SPLETTSTOESSER, | ) | |
|     Third Party Defendant | ) | |

**DEFENDANT MAINE COAST MARINE CONSTRUCTION'S ANSWER TO DEFENDANT C.B. MARINE CORPORATION'S CROSSCLAIM**

NOW COMES Defendant Maine Coast Marine Construction, by and through counsel, Thompson & Bowie, LLP and answers Defendant C.B. Marine Corporation's Crossclaim as follows:

1.  Maine Coast Marine Construction denies any and all averments and/or allegations made against Maine Coast Marine Construction in paragraph 1 of Crossclaim.

2.  Maine Coast Marine Construction denies any and all averments and/or allegations made against Maine Coast Marine Construction in paragraph 2 of Crossclaim.

2

WHEREFORE, Defendant Maine Coast Marine Construction respectfully requests said Crossclaim be dismissed.

Dated at Portland, Maine this 3rd day of August, 2005.

                                                     */s/ Cathy S. Roberts*
                                                   Cathy S. Roberts, Esq. (BBO#547407)
                                                   Attorney for Defendant Maine Coast
                                                   Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
Phone: (207) 774-2500
Fax:  (207) 774-3591
Email:  croberts@thompsonbowie.com