UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW,<br><br>        Plaintiff<br><br>v.<br><br>FORE RIVER DOCK & DREDGE, INC., ET AL.,<br><br>        Defendants<br><br>and<br><br>MAINE COAST MARINE CONSTRUCTION,<br><br>        Third-Party Plaintiff<br><br>v.<br><br>GUY SPLETTSTOESSER<br><br>        Third-Party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-CV-10347-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of Michael S. D'Orsi for the defendant Guy Splettstoesser in the above-entitled case.

GUY SPLETTSTOESSER

By his attorneys,

/s/ Michael S. D'Orsi
T. Christopher Donnelly (BBO #129930)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

Dated: August 23, 2005