UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FORE RIVER DOCK & DREDGE, )<br>INC., ET AL., )<br>)<br>Defendants )<br>)<br>and )<br>)<br>MAINE COAST MARINE )<br>CONSTRUCTION, )<br>)<br>Third-Party Plaintiff )<br>)<br>v. )<br>)<br>GUY SPLETTSTOESSER )<br>)<br>Third-Party Defendant ) | Case No. 1:05-CV-10347-RGS |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of T. Christopher Donnelly for the defendant Guy Splettstoesser in the above-entitled case.

GUY SPLETTSTOESSER

By his attorneys,

/s/ Michael S. D'Orsi
T. Christopher Donnelly (BBO #129930)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

Dated: August 23, 2005