UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| FORE RIVER DOCK & DREDGE, INC., ET AL., | ) |
| | ) Case No. 1:05-CV-10347-RGS |
| Defendants | ) |
| | ) |
| and | ) |
| | ) |
| MAINE COAST MARINE CONSTRUCTION, | ) |
| | ) |
| Third-Party Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| GUY SPLETTSTOESSER | ) |
| | ) |
| Third-Party Defendant | ) |

## GUY SPLETTSTOESSER'S ANSWER TO THIRD-PARTY COMPLAINT

NOW COMES Third-Party Defendant Guy Splettstoesser and answers the Third-Party Complaint filed by Maine Coast Marine Construction against him as follows:

1. Third-Party Defendant Guy Splettstoesser admits the allegations contained in Paragraph 1 of the Third-Party Complaint.

2. Third-Party Defendant Guy Splettstoesser admits the allegations contained in Paragraph 2 of the Third-Party Complaint.

3. Third-Party Defendant Guy Splettstoesser denies the allegations contained in Paragraph 3 of the Third-Party Complaint.

4. Third-Party Defendant Guy Splettstoesser joins in the request for jury trial.

WHEREFORE, Third-Party Defendant Guy Splettstoesser asks that the Third-Party Complaint by dismissed.

Dated at Boston, Massachusetts, this 23r<sup>d</sup> day of August, 2005.

        GUY SPLETTSTOESSER

        By his attorneys,

        /s/ Michael S. D'Orsi
        T. Christopher Donnely (BBO #129930)
        Michael S. D'Orsi (BBO #566960)
        DONNELLY, CONROY & GELHAAR, LLP
        One Beacon Street, 33rd Floor
        Boston, MA 02108
        (617) 720-2880

        Of Counsel:

        NORMAN, HANSON & DETROY, LLC

        /s/ Peter J. DeTroy
        Peter J. DeTroy, Esquire
        415 Congress Street
        P.O. Box 4600
        Portland, ME 04112
        207-774-7000
        pdetroy@nhdlaw.com