UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

*replace*

*#24*

### PLAINTIFF'S PROPOSED JOINT STATEMENT UNDER LOCAL RULE 16.1

NOW comes the parties in the above-entitled matter, by and through their attorneys, and submit their Joint Statement under Local Rule 16.1 as follows:

A.    PHASE 1:    For developing information needed for realistic assessment of the case.

1.    Answers to Interrogatories filed by January 15, 2006.

    Plaintiff's Answers to Expert Interrogatories filed by June 15, 2006.

    Defendant's Answers to Expert Interrogatories filed by July 15, 2006.

2. Reponses to first Request for Production of Documents filed by January 15, 2006.

   Responses to any Second Request for Production of Documents filed by April 15, 2006.

3. First Request for Admissions filed by April 15, 2006.

4. Witness/Factual Depositions conducted by August 15, 2006.

5. Motion for Summary Judgment filed after PHASE 1 is completed by November 15, 2006. If expert depositions are necessary for the resolution of any Motion for Summary Judgment, the parties will file a request to extend the deadline for filing by November 1, 2006.

6. Motion to Amend the pleadings filed by October 15, 2006.

7. Motion to Amend to add parties filed as soon as the party can reasonably be expected to have become aware of the identity of the new party, but no later than October 15, 2006.

B.    PHASE 2:    For information needed to prepare for trial.

1.    Depositions of experts must be noticed by November 2, 2006.

2.    Additional Requests for Admissions filed by September 4, 2006.

SETTLEMENT PROPOSALS:

In compliance with Local Rule 16.1 counsel for both parties have conferred with respect to settlement before the scheduling conference and have been unable to reach an agreement.

CERTIFICATION OF PARTIES AND THEIR COUNSEL

The parties and their counsel herein certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and they have considered and discussed the resolution of this litigation through the use of alternative dispute resolution programs as outlined in Local Rule 16.4.

Plaintiff
By his attorney,

/s/ John P. LeGrand, Esquire

John P. LeGrand, Esquire
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001
BBO No: 550185

/s/ Keith Ablow

Keith Ablow, Plaintiff
29 Water Street, Suite 206
Newburyport, MA 01950

/s/ Cathy S. Roberts, Esquire
Defendant, Maine Coast Marine Construction
Cathy S. Roberts, Esquire
THOMPSON & BOWIE, LLP
3 Canal Plaza
Portland, ME 04112-4630

/s/ Seth S. Holbrook, Esquire
Defendant, Fore River Dock & Dredge, Inc.
Seth S. Holbrook, Esquire
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110

/s/ Mark G. Furey, Esquire

Defendant, C.B. Marine Corporation
Mark G. Furey, Esquire
THOMPSON, BULL, FUREY, BASS & MACCOLL
120 Exchange Street
Portland, ME 04112-0447