UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW,<br><br>        Plaintiff<br><br>v.<br><br>FORE RIVER DOCK & DREDGE, INC., ET AL.,<br><br>        Defendants<br><br>and<br><br>MAINE COAST MARINE CONSTRUCTION,<br><br>        Third-Party Plaintiff<br><br>v.<br><br>GUY SPLETTSTOESSER<br><br>        Third-Party Defendant | Case No. 1:05-CV-10347-RGS |

## GUY SPLETTSTOESSER'S NOTICE OF BANKRUPTCY AND AUTOMATIC STAY

Pursuant to 11 U.S.C. §362(a)(1), Third Party Defendant Guy Splettstoesser ("Splettstoesser") hereby gives notice that a Petition under Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Maine, Docket No. 03-21851, was filed by Splettstoesser on November 11, 2003. By order of the bankruptcy court dated February 9, 2004, Splettstoesser received a no-asset discharge. By order of the bankruptcy court dated February 12, 2004, the bankruptcy case was closed. On May

25, 2005, Splettstoesser moved to reopen the bankruptcy case to file an amended Schedule F adding certain creditors. On June 6, 2005, the bankruptcy court granted Splettstoesser's motion to reopen, and the bankruptcy case remains open as of this date.

By operation of 11 U.S.C. §362(a)(1), there is an automatic stay of the present proceeding as against Splettstoesser.

Dated at Boston, Massachusetts, this 23nd day of September, 2005.

GUY SPLETTSTOESSER

By his attorneys,


/s/ Michael S. D'Orsi
T. Christopher Donnely (BBO #129930)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

Of Counsel:

NORMAN, HANSON & DETROY, LLC

/s/ Peter J. DeTroy
Peter J. DeTroy, Esquire (*pro hac vice*)
415 Congress Street
P.O. Box 4600
Portland, ME 04112
207-774-7000
pdetroy@nhdlaw.com