UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KEITH ABLOW
   Plaintiff

v.                                    CIVIL ACTION NO. 05-10347-RGS

FORE RIVER DOCK & DREDGE INC., ET AL
   Defendant

PROCEDURAL ORDER OF DISMISSAL

STEARNS, DJ.                                                    MARCH 6, 2006

IN ORDER TO AVOID THE NECESSITY OF COUNSEL TO APPEAR AT PERIODIC STATUS CONFERENCES, OR FILE STATUS REPORTS, IT IS HEREBY ORDERED THAT THE ABOVE-CAPTIONED ACTION BE AND HEREBY IS DISMISSED WITHOUT PREJUDICE TO THE RIGHT OF EITHER PARTY MOVING TO RESTORE IT TO THE DOCKET IF ANY FURTHER ACTION IS REQUIRED UPON COMPLETION AND TERMINATION OF BANKRUPTCY PROCEEDINGS AND PROCEEDINGS PENDING IN THE U. S. DISTRICT COURT FOR THE DISTRICT OF MAINE.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:
/s/ Mary H. Johnson
Deputy Clerk

DATED: 3-6-06