UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

**PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL, RESTORE TO THE DOCKET AND CONTINUE TO STAY PROCEEDINGS PENDING OUTCOME OF BANKRPUTCY PROCEEDINGS IN THE STATE OF MAINE AND REQUEST FOR HEARING**

Now comes the plaintiff who hereby moves this Honorable Court to vacate the order of dismissal and stay proceedings pending the outcome of the bankruptcy proceedings in the U.S. District Court for the District Of Maine.

As grounds therefore the plaintiff states as follows:

1. On or about March 6, 2006 this Honorable Court dismissed the above-captioned action without prejudice pending completion and termination of bankruptcy proceedings in the United States District Court for the District of Maine.

2. Said order states that either party may restore the action to the docket if Any further action is required.

3. The plaintiff's claim are based upon the alleged negligence, trespass and nuisance of the defendants that occurred on or about December 11, 2002.

4. Pursuant to M.G.L. ch. 260, sec. 2A, the plaintiff's claim as set forth in the complaint herein must be brought within three years after the cause of action occurs.

5. If, therefore, this Honorable Court were to dismiss this action, the action if re-filed, would be barred by the statute of limitations contained in M.G.L. ch. 260, sec. 2A.

6. The plaintiff respectfully requests that the Procedural Order of Dismissal be vacated and that the action be stayed pursuant to sec. 362 of the Bankruptcy Code pending resolution of the bankruptcy proceedings pending in the United States District Court for the District of Maine.

7. The plaintiff is not a party to the bankruptcy and had no direct claim against the Petitioner in Bankruptcy, Guy Splettstoser, Third-Party-Defendant to Maine Coast Marine Construction only.

Wherefore, the plaintiff hereby requests that this Honorable Court vacate the procedural order of dismissal and stay the proceedings pursuant to sec. 362 of the bankruptcy code pending outcome of the bankruptcy proceedings in the U.S. District Court for the District of Maine.

    Plaintiff
    By his attorney,

    /s/ John P. LeGrand
    John P. LeGrand
    JOHN P. LEGRAND & ASSOCIATES, P.C.
    375 Broadway, Suite 2
    Somerville, MA 02145
    (617) 623-3001
    BBO No: 550185

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

### RULE 7.1 (2) CERTIFICATION

    Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Remove the Procedural Order of Dismissal and Restore This Matter to the Docket.

    Respectfully submitted,

    /s/ John P. LeGrand
    John P. LeGrand
    JOHN P. LEGRAND & ASSOCIATES, P.C.
    375 Broadway, Suite 2
    Somerville, MA 02145
    (617) 623-3001
    BBO No: 550185

## CERTIFICATE OF SERVICE

I, John P. LeGrand, Esquire, hereby certify that on this 12th day of April, 2006, I served a copy of the attached document on all parties to this action by mailing same by first class mail postage prepaid to:

Seth Holbrook, Esquire
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110

Mark G. Furey, Esquire
Thompson, Bull, Furey, Bass & MacColl
120 Exchange Street
P.O. Box 447
Portland, ME 04112-0447

Cathy S. Roberts, Esquire
Thompson & Bowie, LLP
3 Canal Plaza
P.O. Box 4630
Portland, ME 04112-4630

Peter J. DeTroy, Esquire
Norman, Canton & DeTroy, LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112-4600

T. Christopher Donnelly, Esquire
Michael S. Orsi, Esquire
DONNELLY, CONROY & GELHAAR
One Beacon Street, 33rd Floor
Boston, MA 02108

/s/ John P. LeGrand
John P. LeGrand