UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, )<br>    Plaintiff )<br>v. )<br>FORE RIVER DOCK & DREDGE, INC., C- )<br>B MARINE CORPORATION and MAINE )<br>COAST MARINE CONSTRUCTION, )<br>    Defendants )<br> )<br>and )<br> )<br>MAINE COAST MARINE )<br>CONSTRUCTION, )<br>    Third Party Plaintiff )<br>v. )<br>GUY SPLETTSTOESSER, )<br>    Third Party Defendant ) | Case No. 1:05-cv-10347-RGS |

**ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please reenter my appearance as counsel for Defendant Maine Coast Marine Construction in this case. I was recently retained by Defendant Maine Coast Marine Construction and a different insurance carrier.

I certify that I am admitted to practice in this court.

Dated at Portland, Maine this 9th day of June, 2006.

                                                            /s/ Cathy S. Roberts
                                                            Cathy S. Roberts, Esq. (BBO#547407)
                                                            Attorney for Defendant Maine Coast
                                                            Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
Phone:(207) 774-2500
Fax:    (207) 774-3591
Email: croberts@thompsonbowie.com