UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS FROM FORE RIVER DOCK & DREDGE, INC. AND C.B. MARINE CORPORATION

NOW comes the plaintiff, Keith R. Ablow, who moves this Honorable Court to compel responses to interrogatories and request for production of documents from Fore River Dock & Dredge, Inc. and C.B. Marine Corporation.

As grounds therefore, the plaintiff states that interrogatories and request for production of documents were served upon the defendants, Fore River Dock & Dredge, Inc. and C.B. Marine Corporation with the summons and complaint. To date, Fore River Dock & Dredge, Inc. and C.B. Marine Corporation have failed to serve responses to interrogatories and requests for production of documents on the plaintiff.

Wherefore, the plaintiff requests that this Honorable Court order the defendants, Fore River Dock & Dredge, Inc. and C.B. Marine Corporation to respond to the plaintiff's interrogatories and document requests within fourteen (14) days of the allowance of this Motion.

        Plaintiff
        By his attorney,

        /s/ John P. LeGrand
        John P. LeGrand
        JOHN P. LEGRAND & ASSOCIATES, P.C.
        375 Broadway, Suite 2
        Somerville, MA 02145
        (617) 623-3001
        BBO No: 550185