UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:05-CV-10347-RGS |
| ) | |
| FORE RIVER DOCK & DREDGE, ) | |
| INC., ET AL., ) | |
| ) | |
| Defendants ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF AARON K. BALTES

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Aaron K. Baltes of Norman Hanson & DeTroy, 415 Congress Street, P.O. Box 4600, Portland, Maine 04112-4600, be admitted to appear on behalf of defendant Guy Splettstoesser, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

 1. Mr. Baltes is and has been a member in good standing of the bar of the State of Maine since 1998;

 2. Mr. Baltes is and has been a member in good standing of the bars of the following United States District Courts and Circuit Courts of Appeals since the following dates:

| | |
|---|---|
| Maine Federal District Court | 1999 |
| First Circuit | 2000 |
| U.S. Supreme Court | 2002 |

 3. There are no disciplinary proceedings pending against Mr. Baltes as a member of the bar in any jurisdiction;

4.  Mr. Baltes has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.  In further support of this motion, Mr. Baltes has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Baltes' admission to practice before this Court *pro hac vice*.

Respectfully submitted,

/s/ Michael S. D'Orsi
T. Christopher Donnelly (BBO #129930)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880
tcd@dcglaw.com
msd@dcglaw.com

Dated: January 25, 2007

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Aaron K. Baltes, Esq., hereby certify that: (1) I am admitted to the bars of the Courts set forth in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Aaron K. Baltes, Esq.
Aaron K. Baltes, Esq.

Dated: January 25, 2007

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for defendant Guy Splettstoesser has conferred with counsel for the other parties and such parties do not oppose this Motion.

/s/Michael S. D'Orsi
Michael S. D'Orsi

Dated: January 25, 2007


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 25, 2007.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

Dated: January 25, 2007