UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH ABLOW, | ) | |
|     Plaintiff | ) | |
| v. | ) | |
| FORE RIVER DOCK & DREDGE, INC., | ) | |
| C-B MARINE CORPORATION and | ) | |
| MAINE COAST MARINE | ) | |
| CONSTRUCTION, | ) | Case No. 1:05-cv-10347-RGS |
|     Defendants | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MAINE COAST MARINE | ) | |
| CONSTRUCTION, | ) | |
|     Third Party Plaintiff | ) | |
| v. | ) | |
| GUY SPLETTSTOESSER, | ) | |
|     Third Party Defendant | ) | |

**MOTION TO COMPEL RESPONSE TO A
REQUEST FOR PRODUCTION OF DOCUMENT**

NOW COMES Defendant Maine Coast Marine Construction, through undersigned

counsel, and moves for this Court to order the Plaintiff to execute an authorization for the

release of tax/assessment records maintained by the Town of Newbury, Commonwealth

of Massachusetts.  This motion is made pursuant to Local Rules 37.1 and is based on the

following grounds:

1.      Plaintiff Keith Ablow is the owner of beachfront property located on Plum Island,

in Newbury, Massachusetts.  The Complaint alleges that in December 2002 a tugboat and

barge owned and operated by either Defendant C-B Marine Corporation, Defendant Fore

River Dock & Dredge, Inc., or Defendant Maine Coast Marine Construction grounded on

Ablow's premises as a result of the negligent acts of the above named Defendants.

Counts of negligence, trespass to land and nuisance are alleged against the three named

Defendants.

2.      The Plaintiff claims that as the result of the grounding the value of his property

has been diminished, primarily due to what he claims is a continued presence of debris on

his property following the removal and clean-up of the wreck.

3.      In his deposition the Plaintiff testified that since the grounding, the Town

Assessor's Office has assessed the value of his property.  On at least one occasion after

the grounding, the Plaintiff filed an application for abatement in his taxes and a reduction

in the assessed value of his property, for reasons he testified were <u>unrelated</u> to the

grounding.  (Deposition of Keith Ablow at Page 139, line 24 through Page 141, line 13.)

In his application for abatement, Plaintiff made statements to the Town that his property

value should be lower than what the Town assessed.  He believes he told the Town the

property value should be closer to one million or 1.2 million than to the 1.4 million the

Town assessed. (Deposition of Keith Ablow at Page 144, line 15).  The assertions made

in Plaintiff's application are relevant to the damages the Plaintiff seeks to recover in this

lawsuit.  The core damage issue at bar is the value of Plaintiff's property and/or to what

extent the property lost value as a result of the grounding accident.

4.      Following the deposition of Mr. Ablow on May 3, 2007, counsel for Maine Coast

Marine Construction attempted to obtain the tax abatement request records from the

Town of Newbury through a subpoena.  However, the Town of Newbury refused to

produce the requests for abatement filed by Mr. Ablow citing Massachusetts General

Laws, Chapter 59, §60.  The Town did provide certain tax records but not anything that had been submitted by Mr. Ablow.

5.      After receiving the materials from the Town of Newbury, on May 3, 2007 counsel for Maine Coast Marine Construction sent an authorization for the release of tax/assessment records for Mr. Ablow's signature to his counsel.  Along with this request, counsel for Maine Coast Marine Construction also provided Mr. Ablow with a copy of the materials the Town of Newbury produced in response to the subpoena.

6.      Counsel for Maine Coast Construction wrote to counsel for Mr. Ablow on May 10, 2007 requesting a conference to discuss any dispute regarding the requested release in accordance with Local Rule 37.1(B).

7.      On May 11, 2007 in a discovery dispute telephone conference, counsel for Mr. Ablow agreed to provide Maine Coast Marine Construction with a signed authorization for the release of the tax/assessment requests filed by Mr. Ablow.

8.      Despite that agreement to provide the signed authorization, counsel for Mr. Ablow has not complied with that agreement.  It is unclear when or if the signed authorization will be provided.

9.      Maine Coast Marine Construction cannot obtain the release of this information without the authorization signed by Mr. Ablow.  The Town has agreed to produce the documents if provided with a Release signed by Mr. Ablow.

For the foregoing reasons, it is respectfully requested that this Court enter an Order requiring the Plaintiff to provide the signed authorization for the release of tax/assessment records within five (5) days of the Court's order.

Dated at Portland, Maine this 23rd day of May, 2007.

/s/ Cathy Skeirik Roberts

Cathy Skeirik Roberts, Esq.
(BBO#547407)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
Phone: (207) 774-2500
Fax:  (207) 774-3591
Email:  croberts@thompsonbowie.com

4

**CERTIFICATE OF COMPLIANCE WITH RULE 37.1(B)**

I, Cathy Skeirik Roberts, attorney for Defendant Maine Coast Marine

Construction, hereby certify that I have complied with the requirements of Local

Rule 37.1 regarding discovery disputes and that I have attempted to resolve this matter

with opposing counsel as required by the Local Rule but have been unable to do so.

Dated at Portland, Maine this 23rd day of May, 2007.


> */s/ Cathy Skeirik Roberts*
> Cathy Skeirik Roberts, Esq.
> (BBO#547407)
> Attorney for Defendant Maine Coast
> Marine Construction


**CERTIFICATE OF SERVICE**

I, Cathy Skeirik Roberts, attorney for Defendant Maine Coast Marine

Construction, hereby certify that I made service of the foregoing document titled:

"Motion for Enlargement of Time for Defendants to Designate Experts" with the Clerk of

Court using the CM/ECF system which will send notification of such filing(s) to the

following:

John P. LeGrand, Esq.
Robert J. Murphy, Esq.
Mark G. Furey, Esq.
Aaron K. Baltes, Esq.
Michael S. D'Orsi, Esq.

Dated at Portland, Maine this 23rd day of May, 2007.


/s/ Cathy Skeirik Roberts
Cathy Skeirik Roberts, Esq.
(BBO#547407)
Attorney for Defendant Maine Coast
Marine Construction


THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
Phone: (207) 774-2500
Fax:  (207) 774-3591

6