UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH ABLOW, )<br>    Plaintiff )<br>v. )<br>FORE RIVER DOCK & DREDGE, INC., )<br>C-B MARINE CORPORATION and )<br>MAINE COAST MARINE )<br>CONSTRUCTION, )<br>    Defendants )<br>)<br>and )<br>)<br>MAINE COAST MARINE )<br>CONSTRUCTION, )<br>    Third Party Plaintiff )<br>v. )<br>GUY SPLETTSTOESSER, )<br>    Third Party Defendant ) | Case No. 1:05-cv-10347-RGS |

## MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH ORDER

NOW COMES Defendant Maine Coast Marine Construction (hereinafter "Maine Coast"), through undersigned counsel, and moves this Court for an order prohibiting the Plaintiff from introducing designated matters into evidence. This motion is made pursuant to Rule 37(b)(2)(B) of the Federal Rules of Civil Procedure and Local Rule 37.1 and is based on the following grounds:

1. Defendant Maine Coast hereby incorporates by reference Paragraphs 1-4 from its *Motion for Enlargement of Time for Defendants to Designate Experts*, which articulates the background and repeated attempts by undersigned counsel to resolve the

on-going discovery dispute with Plaintiff regarding his vague and inadequate designation of experts.

    2. On May 17, 2007 Defendant Maine Coast filed with this Court a *Motion for Enlargement of Time for Defendants to Designate Experts* requesting that:

> [T]his Court schedule this matter for a discovery conference in order to resolve the issues presented by Plaintiff's expert designation or, in the alternative, if this Court decides no conference is **needed to order the Plaintiff to supplement and narrow his expert witness list by May 25, 2007 as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure** (emphasis added), and amend the Scheduling Order to enlarge the time for Defendants to designate experts from May 20, 2007 to June 20, 2007.

All Defendants joined in this motion and the Plaintiff objected.

    3. On May 21, 2007 Judge Stearns Granted Defendants' Motion.

    4. By date of this Motion Plaintiff has failed to comply with this Court's Order granting Defendants' *Motion for Enlargement of Time for Defendants to Designate Experts*.

    5. Discovery is set to expire in this case on July 27, 2007.

    6. Based on the Plaintiff's failure to comply with this Court's May 21, 2007 Order Defendant Maine Coast requests that this Court, pursuant to Rule 37(b)(2)(B) of the Federal Rules of Civil Procedure, prohibit Plaintiff from designating the following expert witnesses as laid out in *Plaintiff's Expert Witness Disclosure* (Attached as Exhibit A):

- Mary Beth Eisenmann, Clean Harbors Environmental Services
- Verne Fisher, Visionary Landscapes
- Robert Walsh, J.D., Title Examiner
- Neve-Morin Group, Inc.

- Marilyn Firth

- John D. Halamka, M.D. M.S., CIO CareGroup Health Systems

- Captain Brian Fournier

7. Plaintiff's failure "to supplement and narrow his expert witness list" by May 25, 2007 as requested by Defendants and ordered by this Court fails to provide Defendant the requisite notice needed to respond to Plaintiff's designation, and as a result has prejudiced Defendant's ability to conduct discovery within this Court's discovery deadline.

WHEREFORE, Defendant Maine Coast respectfully requests this Court to enter an Order prohibiting Plaintiff from designating the above listed experts, and in addition pay the reasonable expenses and attorney's fees caused by the Plaintiff's failure to comply with this Court's May 21, 2007 Order.

Dated at Portland, Maine, this 22nd day of June, 2007.

/s/ Cathy S. Roberts
Cathy S. Roberts, Esq. (BBO#547407)
Attorney for Defendant Maine Coast
Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
Phone: (207) 774-2500
Fax:  (207) 774-3591
Email:  croberts@thompsonbowie.com

3

**CERTIFICATE OF COMPLIANCE WITH RULE 37.1(B)**

I, Cathy Skeirik Roberts, attorney for Defendant Maine Coast Marine Construction, hereby certify that I have complied with the requirements of Local Rule 37.1 regarding discovery disputes and that I have attempted to resolve this matter with opposing counsel as required by the Local Rule but have been unable to do so.

Dated at Portland, Maine this 22nd day of June, 2007.

/s/ *Cathy Skeirik Roberts*
Cathy Skeirik Roberts, Esq.
(BBO#547407)
Attorney for Defendant Maine Coast
Marine Construction

## **CERTIFICATE OF SERVICE**

I, Cathy S. Roberts, attorney for Defendant Maine Coast Marine Construction, hereby certify that I made service of the foregoing document titled: "Motion for Enlargement of Time for Defendants to Designate Experts" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

> John P. LeGrand, Esq.
> Robert J. Murphy, Esq.
> Mark G. Furey, Esq.
> Aaron K. Baltes, Esq.
> Michael S. D'Orsi, Esq.
> T. Christopher Donnelly, Esq.

Dated at Portland, Maine this 22nd day of June, 2007.

> /s/ Cathy S. Roberts
> Cathy S. Roberts, Esq. (BBO#547407)
> Attorney for Defendant Maine Coast
> Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
Phone: (207) 774-2500
Fax:  (207) 774-3591

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

v.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

### PLAINTIFF'S EXPERT WITNESS DISCLOSURE

1. Jean Francois Barre, Licensed Real Estate Broker, Re-Max Newburyport, Massachusetts.

    Mr. Barre will testify concerning the diminution of the value of Dr. Ablow's property as well as a market analysis concerning value. He will also testify concerning ethical obligations to divulge certain information to prospective buyers. The plaintiff reserves the right to supplement this response.

2. Mary Beth Eisenmann, Clean Harbors Environmental Services, Weymouth, Massachusetts.

    Ms. Eisenmann will testify concerning the procedure and pricing of further clean up attempts. The plaintiff reserves the right to supplement this response.

3. Verne Fisher, Visionary Landscapes, New Hampshire.


EXHIBIT A

   Mr. Fisher will testify concerning the procedure and pricing of long range clean up attempts. The plaintiff reserves the right to supplement this response.

4. Robert Walsh, J.D., Title Examiner, Billerica Massachusetts.

   Mr. Walsh will testify, if necessary, concerning issues of title and ownership of the plaintiff's property. The plaintiff reserves the right to supplement this response.

5. Linda Ahern, Ahern Appraisal, Inc., Ipswich, Massachusetts.

   Ms. Ahern will testify concerning the value of the plaintiff's property using well recognized methods of valuation. The plaintiff reserves the right to supplement this response.

6. Neve-Morin Group, Inc., 447 Boston Street, Topsfield, Massachusetts.

   Will survey the area on and near the plaintiff's property to establish ownership rights and prepare a Points Set Plan. The plaintiff reserves the right to supplement this response.

7. Marilyn Firth, Newburyport, Massachusetts.

   Ms. Firth will testify concerning the composition and toxicity of the materials contained in the barge and its components parts. The plaintiff reserves the right to supplement this response.

8. John D. Halamka, M.D., MS, Chief Information Officer CareGorup Health System. Associate Dean for Educational Technology at Harvard Medical School.

Dr. Halamka or another well recognized expert in the field will testify about the potentially fatal effects of airborne silica and iron to humans. The plaintiff reserves the right to supplement this response.

9. Captain Brian Fournier, Boston Massachusetts.

Captain Fournier is expected to testify concerning the operation and use of tugboats with respect to the circumstances surrounding the facts and damages in this action.

Plaintiff
By his attorney,

John P. LeGrand, Esquire
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
(617) 623-3001
BBO No: 559755

Eric Stafford, Esquire
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
BBO No: 551074
(617) 623-3001

CERTIFICATE OF SERVICE

I, John P. LeGrand, Esquire, hereby certify that on this 22nd day of March, 2007, I served a copy of the attached document on all parties to this action by mailing same by certified mail return receipt requested postage prepaid to:

Robert Murphy, Esquire
Seth Holbrook, Esquire
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110

Mark G. Furey, Esquire
Thompson, Bull, Furey, Bass & MacColl
120 Exchange Street
P.O. Box 447
Portland, ME 04112-0447

Cathy S. Roberts, Esquire
Thompson & Bowie, LLP
3 Canal Plaza
P.O. Box 4630
Portland, ME 04112-4630

Aaron Baltes, Esquire
Peter J. DeTroy, Esquire
Norman, Canton & DeTroy, LLC
415 Congress Street
P.O. Box 4600
Portland, ME 04112-4600

/s/ John P. LeGrand
John P. LeGrand