UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH ORDER AND CROSS-MOTION FOR SANCTIONS FOR MISREPRESENTATION TO THE COURT

1. On or about May 17, 2007 Defendant Maine Coast Marine filed with this Court a Motion for Enlargement of Time for Defendants to Designate Experts.

2. On May 21, 2007, this Honorable Court granted the Motion to Enlarge Time until June 20, 2007.

3. It is clear from the record that Judge Sterns allowed the basic request of the defendants to extend time to designate experts.

4. Attorney Roberts, counsel for Maine Coast Marine alleges in her motion that plaintiff was also obligated to supplement and narrow his expert list by May 25, 2007.

5. On June 22, 2007 at 4:00 p.m. counsel for Maine Coast Marine filed the within motion, without ever corresponding or communicating that it was

her belief that the Judge's Order also applied to counsel's dicta concerning plaintiff's experts.

6. It is the plaintiff's position that the instant motion is a late surprise effort without the Court's express allowance of the section to which defendant refers.

7. It was and is plaintiff's belief that the Order of Judge Sterns granted the defendants additional time to designate experts and nothing more.

8. It is the plaintiff's belief that the defendant is being deliberately disingenuous to this Honorable Court.

Wherefore, the plaintiff requests that the defendant's motion be denied and that he be granted his reasonable attorney's fees in opposing this motion.

                    Keith R. Ablow
                    By his attorneys

                    /s/ John P. LeGrand
                    John P. LeGrand, Esquire
                    JOHN P. LEGRAND & ASSOCIATES, P.C.
                    375 Broadway, Suite 2
                    Somerville, MA 02145
                    BBO No: 550185
                    (617) 623-3001

## CERTIFICATION OF SERVICE

I, John P. LeGrand, attorney for the plaintiff certify that on the 26th day of June, 2007 I made service of the foregoing document titled," Plaintiff's Opposition to Defendant's Motion for Sanctions for Failure to Comply with Order and Cross-Motion for Sanctions for Misrepresentation to the Court" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

> Cathy S. Roberts, Esquire
> Robert J. Murphy, Esquire
> Mark G. Furey, Esquire
> Aaron K. Baltes, Esquire
> Michael S. D'Orsi, Esquire
> T. Christopher Donnelly, Esquire

> /s/ John P. LeGrand
> John P. LeGrand, Esquire