UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY DEPOSITIONS NOTICED PRIOR TO THE CLOSE OF DISCOVERY

Now comes the plaintiff in the above-captioned matter and moves this Honorable Court to issue an Order compelling various depositions noticed during the course of discovery. As grounds therefore plaintiff states that discovery is scheduled to close on July 27, 2007. Today's date is July 12, 2007. With only fifteen days remaining before the close of discovery plaintiff's counsel has been working vigorously with defense counsel in an attempt to schedule these depositions on a date and time at which all attorneys are available so as to permit the depositions to go forward by agreement.

Seemingly, all counsel have actually made a fairly substantial attempt to try to agree on dates that all counsel will be available. We even discussed dates going on by agreement among counsel up to and including September 10, 2007. Unfortunately, as of the final available dates of all counsel as reflected by numerous emails there are only 2 dates between now and September 10, 2007 that all counsel are available.

The first date that all counsel are available is August 3, 2007 and the plaintiff has scheduled the depositions of Roger A. Hale of Fore River Dock & Dredge, Inc. at 9:00 a.m., Roger P. Hale of C.B. Marine at 12:00 p.m. and Ronald Daigal of Fore River Dock & Dredge, Inc. at 2:00 p.m. Plaintiff hereby moves this Honorable Court to issue an Order compelling those depositions to go forward at that agreed to date and time.

The second date that all counsel are available is September 5, 2007. Attorney Cathy Roberts on behalf of Maine Coast Marine has reserved September 5, 2007 in the event that she has to reconvene the deposition of Richard Harden of Marine Safety Consultants.

The deposition of Neal Rosen of Marine Safety Consultants was scheduled for Monday, July 9, 2007. Mr. Rosen was on vacation that week and Attorney Robert Murphy has indicated that he will make him available. However, all counsel can not find a date between that time and September 10, 2007 at which all counsel are available to take Mr. Rosen's deposition.

Depositions were scheduled for July 16, 2007 of Captain Guy Splettstoesser at 9:00 a.m., James LaPlante Co-Owner with Guy Splettstoesser of Maine Coastal Marine at 12:00 p.m. and Larry Roe of Fore River Dock & Dredge at 2:00 p.m. Attorney Robert Murphy is on vacation that week. He is also scheduled to be on vacation July 17, 2007 the date for which we originally noticed the depositions of Roger A. Hale, Roger P. Hale and Ronald Daigal and by agreement of all counsel have now moved to August 3, 2007. It is hereby requested that this Honorable Court issue an Order to compel the deposition of Neal Rosen of Marine Safety Consultants on one day and the depositions of Captain Guy Splettstoesser, James LaPlante and Larry Roe for another day. Plaintiff's counsel is available July 16, 17, 20, 25, August 2, 3, 6, 7, 10, 20, 22, 23, 27, 28, 29, 30, 31, September 4, 5 and September 10, 2007.

Captain Guy Splettstoesser, the operator of the Tug Seawind and Captain James LaPlante were co-owners of MCM Corporation at the time of the grounding. Larry Roe is the person from Fore River Dock & Dredge who went down to the scene of the grounding initially and was responsible for accepting the Order from the Town of Newbury to have the tug and barge removed from the beach. He was very active in the events concerning the removal of the tug and the barge from the beach as well as the clean up. He was the person who was on site and active in the removal of the tug and the barge following the grounding.

Accordingly, plaintiff hereby moves this Honorable Court to Order the above-referenced depositions to be taken on two days between now and September 10, 2007 keeping in mind that there is already a standing agreement that the depositions of Roger A. Hale, Roger P. Hale and Ronald Daigal to go forward on August 3, 2007.

Keith R. Ablow
By his attorneys

/s/ John P. LeGrand
John P. LeGrand, Esquire
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
BBO No: 550185
(617) 623-3001

**CERTIFICATION OF SERVICE**

    I, John P. LeGrand, attorney for the plaintiff certify that on the 12th day of July, 2007 I made service of the foregoing document titled;" Plaintiff's Motion to Compel Discovery Deposition Noticed Prior to the Close of Discovery" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## RULE 7.1 (2) CERTIFICATION

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Compel Discovery Depositions Noticed Prior to the Close of Discovery.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand
_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:    July 12, 2007