UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## PLAINTIFF'S MOTION TO INSPECT, PHOTOGRAPH AND SURVEY TUG SEAWIND

Now come the plaintiff in the above-captioned matter and moves this Honorable Court to issue an Order allowing the plaintiff and his maritime expert to inspect, photograph and survey the tug Seawind.

As ground therefore plaintiff states that the tug Seawind is 25 feet long and is powered by two 300 horsepower GM8-71 engines. At the time it went aground its hatch cover was off and sea water got down into the engine room stalling one of the engines. Thereafter the other engine stalled when the propeller of that engine got tangled in the tow wire. Proper engine ventilation, size of the vessel and engine horsepower as well as other design factors of the tug Seawind are essential for the plaintiff's counsel and plaintiff's marine expert to inspect in preparation for testimony at the time of trial.

Accordingly, plaintiff hereby requests this Honorable Court to issue an Order allowing the plaintiff's counsel and his marine expert to inspect, photograph and survey the tug Seawind.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand
_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:	July 12, 2007

## **CERTIFICATION OF SERVICE**

      I, John P. LeGrand, attorney for the plaintiff certify that on the 12$^{nth}$ day of July, 2007 I made service of the foregoing document titled;" Plaintiff's Motion to Inspect, Photograph and Survey Tug Seawind" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## RULE 7.1 (2) CERTIFICATION

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Inspect, Photograph and Survey Tug Seawind.

    Respectfully Submitted,
    Plaintiff by his attorney

    /s/ John P. LeGrand
    _____
    John P. LeGrand
    John P. LeGrand & Associates, P.C.
    375 Broadway, Suite 2
    Somerville, MA 02145
    617-623-3001
    BBO # 550185

Dated:    July 12, 2007