UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

**PLAINTIFF'S MOTION TO INSPECT, PHOTOGRAPH AND SURVEY METAL DEBRIS CONFISCATED FROM THE BEACH WHERE GROUNDING OCCURRED BY RICHARD HARDEN OF MARINE SAFETY CONSULTANTS FOLLOWING THE GROUNDING AND REMOVAL OF THE TUG SEAWIND AND BARGE DS-64**

    Now comes the plaintiff in the above captioned matter and moves this Honorable Court to issue an Order to allow the plaintiff to inspect, photograph and survey any metal debris that was collected by Richard Harden of Marine Safety Consultants following the grounding of the Tug Seawind and Barge DS-64. Mr. Harden testified at his deposition that from time to time he was called by the Town of Newbury and went down and picked up metal debris off the beach at the site of the grounding and brought it back to his home in Maine. To the extent that this metal debris has not been disposed of, giving rise to the issue of spoilage, plaintiff would like an opportunity to inspect, photograph and survey said debris.

    This motion is being forwarded to all defense counsel prior to filing with the Court.

      Accordingly, plaintiff hereby requests this Honorable Court to issue an Order allowing the plaintiff's counsel to inspect, photograph and survey metal debris confiscated from the beach at the location of the grounding by Richard Harden of Marine Safety Consultants following the grounding of the Tug Seawind and Barge DS-64.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand
_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:     July 19, 2007

## **CERTIFICATION OF SERVICE**

I, John P. LeGrand, attorney for the plaintiff certify that on the 19th day of July, 2007 I made service of the foregoing document titled;" PLAINTIFF'S MOTION TO INSPECT, PHOTOGRAPH AND SURVEY METAL DEBRIS CONFISCATED FROM THE BEACH WHERE GROUNDING OCCURRED BY RICHARD HARDEN OF MARINE SAFETY CONSULTANTS FOLLOWING THE GROUNDING AND REMOVAL OF THE TUG SEAWIND AND BARGE DS-64" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire