UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF NEAL ROSEN OF MARINE SAFETY CONSULTANTS

Now come the plaintiff in the above-captioned matter and moves this Honorable Court to issue an Order compelling the deposition of Neal Rosen of Marine Safety Consultants. .

As ground therefore plaintiff states that Neal Rosen has been identified in relatively recent discovery as a co-worker of Richard Harden of Marine Safety Consultants. At Mr. Harden's deposition Mr. Harden lacked knowledge on many issues concerning the clean up of the beach in the area of the grounding for which Mr. Harden seemingly performed the initial and ongoing onsite coordination of that clean up effort on behalf of Marine Safety Consultants. However, Mr. Harden lacked knowledge on many fundamental questions during that deposition and indicated that Neal Rosen of Marine Safety Consultants main office in Massachusetts was likely to possess that knowledge. Accordingly, Neal Rosen's deposition has been noticed for July 9, 2007. Discovery is scheduled to close on July 27, 2007.

Neal Rosen is scheduled to be on vacation on July 9, 2007. Though plaintiff's counsel is not adverse to taken Neal Rosen's deposition at a later date plaintiff seeks protection from this Court from being precluded from taken Neal Rosen's deposition prior to the time of trial of this matter which is presently scheduled for September 17, 2007.

Accordingly, plaintiff hereby requests this Honorable Court to issue an Order compelling the deposition of Neal Rosen of Marine Safety Consultants.

                              Respectfully Submitted,
                              Plaintiff by his attorney

                              /s/ John P. LeGrand
                              _____
                              John P. LeGrand
                              John P. LeGrand & Associates, P.C.
                              375 Broadway, Suite 2
                              Somerville, MA 02145
                              617-623-3001
                              BBO # 550185

Dated:      July 19, 2007

**CERTIFICATION OF SERVICE**

    I, John P. LeGrand, attorney for the plaintiff certify that on the 19th day of July, 2007 I made service of the foregoing document titled;" PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF NEAL ROSEN OF MARINE SAFETY CONSULTANTS" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## RULE 7.1 (2) CERTIFICATION

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Compel the Deposition of Neal Rosen of Marine Safety Consultants.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:     July 19, 2007