UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
        Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
        Defendants

**PLAINTIFF'S MOTION TO COMPEL COPIES OF PHOTOGRAPHS USED AS
EXHIBITS AT THE TRIAL OF THE GROUNDING CAPTION ENTITLED: C.B.
MARINE CORPORATION VS. FORE RIVER DOCK & DREDGE, MAINE
COAST MARINE CONSTRUCTION AND GUY SPLETTSTOESSER**

Now comes the plaintiff in the above-captioned matter and hereby moves

this Honorable Court to compel copies of the photographs used in the collateral

grounding case at the trial of the above-captioned matter in the Cumber County

Superior Court in the State of Maine.

As grounds therefore, plaintiff has been attempting to obtain various

photographs from defense counsel only recently disclosed to the plaintiff.

Recently an email was forwarded to this office by Attorney Mark Furey with

reference to photographs that were used as exhibits at the trial in the State of

Maine in the above-captioned case. Acknowledgement of the existence of the

photographs by plaintiff's counsel has seemingly been confirmed. Said

photographs were requested by the plaintiff in plaintiff's request for production of documents to all defendants on February 5, 2007. However, plaintiff's counsel has been unable to actually obtain such photographs and hereby asks this Honorable Court to issue an Order compelling the defendants to provide the plaintiff with original copies of said photographs.

WHEREFORE, plaintiff hereby moves this Honorable Court to issue an Order compelling the defendants to produce original copies of the photographs of the Tug Seawind, Barge DS-64 and the beach area of the grounding which were submitted into evidence as exhibits at the time of that trial.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated: July 19, 2007

## CERTIFICATION OF SERVICE

I, John P. LeGrand, attorney for the plaintiff certify that on the 19th day of July, 2007 I made service of the foregoing document titled;" PLAINTIFF'S MOTION TO COMPEL COPIES OF PHOTOGRAPHS USED AS EXHIBITS AT THE TRIAL OF THE GROUNDING CAPTION ENTITLED: C.B. MARINE CORPORATION VS. FORE RIVER DOCK & DREDGE, MAINE COAST MARINE CONSTRUCTION AND GUY SPLETTSTOESSER" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


C.A. NO: 05-10347-RGS


KEITH R. ABLOW,
         Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
         Defendants


## RULE 7.1 (2) CERTIFICATION


Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Compel Copies of Photographs used as Exhibits at the Trial of the Grounding Caption Entitled: C.B. Marine Corporation vs. Fore River Dock & Dredge, Maine Coast Marine Construction and Guy Splettstoesser.


Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185


Dated:      July 19, 2007

From: Mark Furey <mfurey@thomport.com>
To: legrandlaw@aol.com
Cc: holbrook_murphy@msn.com; abaltes@nhdlaw.com; Cathy Roberts Esq. (E-mail)
<croberts@thompsonbowie.com>
Sent: Tue, 17 Jul 2007 3:16 pm
Subject: RE: Ablow v. C.B. Marine Corporation, et al

Dear Jack,

I hope you are well.

I am assuming that if you are looking for an old deposition exhibit and Cathy retained that exhibit, then you should get it from Cathy. That said, I have some color photos that were marked as exhibits for trial in Maine. How do you want to proceed? My suggestion is that you look at these photos (actually color photocopies) when you are up here for depositions next week, then have them color copied up here before you leave if you want them. Let me know and I will bring them to the first dep which is on 7/23.

-----Original Message-----
**From:** legrandlaw@aol.com [mailto:legrandlaw@aol.com]
**Sent:** Tuesday, July 17, 2007 2:41 PM
**To:** Mark Furey
**Cc:** holbrook_murphy@msn.com; abaltes@nhdlaw.com
**Subject:** Ablow v. C.B. Marine Corporation, et al

Dear Attorney Roberts and Attorney Furey:

In reviewing documentation produced as a follow up to my proposed Motion to Compel there are twenty three (23) photographs identified in exhibit 24 that were never produced before. They are entitled damage surveyed photo sheets. The owner is C.B. Marine Corporation. These photographs are very dark photocopies and I am unable to make out the picture adequately. Accordingly, this is a formal request that I be provided with either original copies of photographs number 1, 6, 15 & 17 or simply provide me with a copy of the disk if these are digital photographs, so that I may produce copies of these original photographs. I know that the deposition indicates that original exhibits have been retained by Attorney Roberts, but I question whether she actually has the original photographs and that is why this request is being made simultaneously to Attorney Furey.

Additionally, in exhibit 26 there is a survey performed by Captain John McDonough at the request of C.B. Marine Corporation. There are eight (8) photographs attached to the back of that survey. These photographs are very poor quality photocopies and similarly I request that Attorney Furey or Attorney Roberts provide me with original copies of those eight (8) photographs or a disk if these are digital photographs so that I may make original photographs that are more legible. I have not seen these photographs before.

Lastly, with respect to this production of documents I see that Captain Arthur Fournier was disclosed as an expert witness by Attorney Furey on May 5, 2005 in the case of C.B. Marine Corporation v. Fore River Dock & Dredge, et al filed in the State of Maine, Cumberland County Superior Court, Civil Action No.: CV-04-774. As you are aware it was only disclosed to me in the week following June 20, 2007 that Captain Arthur Fournier was designated as marine expert witness.

Knowing that I had designated his son Captain Brian Fournier as plaintiff's expert maritime witness I am curious to learn, why I was not informed that my expert witnesses father had been designated as an expert by C.B. Marine in excess of two years prior to my designation of his son as plaintiff's marine expert. Simply stated, Captain Arthur Fournier was designated as C.B. Marine's maritime expert on May 27, 2005 and then redesignated as their expert in this case on June 20, 2007. As you are aware within two days I substituted Captain Raymond Bono for Captain Brian Fournier when I learned that his father was already an expert in this case. I was unaware of that and equally unaware that he had been designated as an expert in excess of two years prior in a collateral case as a result of this grounding involving C.B. Marine. In any event, we have substituted Captain Raymond Bono for Captain Brian Fournier and request if there is any objection to that substitution by any of the defense counsel at this time.

With respect to the production of the eight (8) photographs that were identified in Captain John McDonough's exhibit 26 please be advised that those same photographs are also reflected in Plaintiff C.B. Marine's Expert Disclosure in the Maine State Court case with respect to Captain John McDonough which was marked as exhibit 3 in that deposition. Therefore, it is my request that copies of those original eight (8) photographs that appear in exhibits 3 & 26 be produced to this office immediately by Attorney Roberts and/or Attorney Furey.

Please treat this communication as compliance and satisfaction of United States District Court for the District of Massachusetts Local Rule 7.1.

Your prompt response is requested. Plaintiff shall continue to rely on the Motions to Compel that were served on Attorney Furey and Attorney Roberts last week together with this communication as confirmation of our ongoing compliance with Local Rule 7.1.

Very truly yours,

John P. LeGrand

John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
617-623-0101 (fax)