UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
     Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
     Defendants

## PLAINTIFF'S MOTION TO COMPEL MAINE COAST MARINE CONSTRUCTION, INC. OR ALL DEFENDANTS EQUALLY TO PAY THE DEPOSITION EXPERT WITNESS FEE OF JEAN FRANCOIS BARRE

Now comes the plaintiff and moves this Honorable Court to issue an Order as this Court deems appropriate to compel the defendant Maine Coast Marine Construction, Inc. or the defendants jointly to pay in equal shares the deposition expert witness fee of Jean Francois Barre.

As ground therefore, plaintiff states that there was a telephone call in March of 2007 a conversation occurred between Attorney Cathy Roberts of Maine Coast Marine Construction and this office whereby Attorney John LeGrand and Attorney Eric Stafford were on speaker phone discussing dates to take the deposition of plaintiff's expert witness Jean Francois Barre who is a real estate broker at the Institution for Savings and Lending in Newburyport, Massachusetts. The date of April 27, 2007 was agreed upon. During that conversation it was also agreed that Mr. Barre would be compensated in the amount of $2,000.00 for his presence and testimony at that deposition. On April 27, 2007 the deposition went forward at the deposition Attorney Cathy Roberts did not recollect the agreement that she would pay for Jean Francois Barre's expert witness fee even though she

was the attorney that noticed the deposition and both Attorney LeGrand and Attorney Stafford have a vivid memory of her agreeing to pay his expert witness fee. When the issue came up at the deposition all three defense attorneys at the deposition agreed to pay $500.00 each. Also, Attorney Mark Furey on behalf of the defendant, C.B. Marine Corporation was contacted by telephone and he agreed to pay $500.00 toward the expert witness fee. We have had a conversation with Attorney Robert Murphy on behalf of Fore River Dock & Dredge and he is going to contact the insurance company for authority to pay the $500.00 discussed and agreed to at the deposition. Attorney Aaron Baltes on behalf of Guy Splettstoesser is the only one to have paid the $500.00 fee.

This motion has been sent to all defense counsel and will not be filed with the Court for seven days to allow an opportunity for this matter to be resolved without the need to involve the Court.

Accordingly, if and when this motion is filed with this Honorable Court it is respectfully requested that this Honorable Court issue an Order compelling the payment of the plaintiff's expert deposition fee in a manner deemed appropriate by the Court.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____

John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:        July 19, 2007

## <u>CERTIFICATION OF SERVICE</u>

      I, John P. LeGrand, attorney for the plaintiff certify that on the 19th day of July, 2007 I made service of the foregoing document titled;" PLAINTIFF'S MOTION TO COMPEL MAINE COAST MARINE CONSTRUCTION, INC. OR ALL DEFENDANTS EQUALLY TO PAY THE DEPOSITION EXPERT WITNESS FEE OF JEAN FRANCOIS BARRE" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
          Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
          Defendants

## RULE 7.1 (2) CERTIFICATION

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Compel Maine Coast Marine Construction, Inc. or all Defendants Equally to Pay the Deposition Expert Witness Fee of Jean Francois Barre.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand
_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:        July 19, 2007