UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

**PLAINTIFF'S MOTION TO COMPEL FORE RIVER DOCK & DREDGE, INC. TO PRODUCE ANY AND ALL RECORDS, RECEIPTS, CANCELED CHECKS AND DOCUMENTATION CONCERNING THE CLEAN UP OF THE BEACH ON PLUM ISLAND FOLLOWING THE GROUNDING OF THE TUG SEAWIND AND BARGE DS-64**

    Now comes the plaintiff and moves this Honorable Court to issue an Order compelling the defendant Fore River Dock & Dredge, Inc. to produce any and all records, receipts, canceled checks and documentation concerning the clean up of the beach on Plum Island following the grounding of the Tug Seawind and Barge DS-64.

    As grounds therefore, plaintiff states that this documentation was requested in Plaintiff's Request for Production of Documents. Counsel are attempting to resolve this matter by agreement but have been unable to do so to date.

    As discovery is scheduled to close on July 27, 2007 plaintiff hereby elects to go on record with this Honorable Court concerning this discovery dispute and hereby moves this Honorable Court issue an Order compelling the defendant,

Fore river Sock & Dredge, Inc. to produce and all records, receipts, canceled checks and documentation of any nature concerning providers that were hired to clean up the beach, cut up the barge, remove the crane and remove the tools from the beach following the grounding of the Tug Seawind and Barge DS-64.

                                         Respectfully Submitted,
                                         Plaintiff by his attorney

                                         /s/ John P. LeGrand
                                         _____
                                         John P. LeGrand
                                         John P. LeGrand & Associates, P.C.
                                         375 Broadway, Suite 2
                                         Somerville, MA 02145
                                         617-623-3001
                                         BBO # 550185

Dated:       July 19, 2007

**CERTIFICATION OF SERVICE**

I, John P. LeGrand, attorney for the plaintiff certify that on the 19th day of July, 2007 I made service of the foregoing document titled;" PLAINTIFF'S MOTION TO COMPEL FORE RIVER DOCK & DREDGE, INC. TO PRODUCE ANY AND ALL RECORDS, RECEIPTS, CANCELED CHECKS AND DOCUMENTATION CONCERNING THE CLEAN UP OF THE BEACH ON PLUM ISLAND FOLLOWING THE GROUNDING OF THE TUG SEAWIND AND BARGE DS-64" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## **RULE 7.1 (2) CERTIFICATION**

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Compel Fore River Dock & Dredge, Inc. to Produce any and all Records, Receipts, Canceled Checks and Documentation Concerning the Clean Up of the Beach on Plum Island Following the Grounding of the Tug Seawind and Barge DS-64.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:      July 19, 2007