UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

**PLAINTIFF'S MOTION TO COMPEL ALL DEFENDANTS TO COMPLY WITH PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS REQUESTS NUMBER 12 AND NUMBER 13**

Now comes the plaintiff and moves this Honorable Court to issue an Order compelling the defendant's to produce documents requested by the plaintiff on February 5, 2007. The request for production of documents to each of the defendant's are identical. This limited request is for the defendants to produce documents pertaining to:

**PARAGRAPH 12**

12.    any and all invoices, and reports generated as a result of the clean up, removal, dismantling of the TUG Seawind and Barge DS-64 and any equipment aboard the Tug Seawind and Barge DS-64 as a result of running aground on Plum Island in Newburyport, Massachusetts on December 11, 2002.

## PARAGRAPH 13

13. Any and all photographs or video tapes of the grounding, removal or dismantling of the Tug Seawind and Barge DS-64 and any equipment thereon as a result of running aground on Plum Island in Newburyport, Massachusetts on December 11, 2002.

WHEREFORE, plaintiff moves this Honorable Court issue an Order compelling the defendants to produce documents requested by the plaintiff on February 5, 2007.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated: July 20, 2007

**CERTIFICATION OF SERVICE**

     I, John P. LeGrand, attorney for the plaintiff certify that on the 20th day of July, 2007 I made service of the foregoing document titled;" PLAINTIFF'S MOTION TO COMPEL ALL DEFENDANTS TO COMPLY WITH PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS REQUESTS NUMBER 12 AND NUMBER 13" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

          Cathy S. Roberts, Esquire
          Robert J. Murphy, Esquire
          Mark G. Furey, Esquire
          Aaron K. Baltes, Esquire
          Michael S. D'Orsi, Esquire
          T. Christopher Donnelly, Esquire


          /s/ John P. LeGrand
          John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## RULE 7.1 (2) CERTIFICATION

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Compel all Defendants to Comply with Plaintiff's Request for Production of Documents Requests Number 12 and Number 13.

    Respectfully Submitted,
    Plaintiff by his attorney

    /s/ John P. LeGrand
    _____
    John P. LeGrand
    John P. LeGrand & Associates, P.C.
    375 Broadway, Suite 2
    Somerville, MA 02145
    617-623-3001
    BBO # 550185

Dated:    July 20, 2007