UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL COPIES OF PHOTOGRAPHS USED AS EXHIBITS AT THE TRIAL OF THE GROUNDING CAPTION ENTITLED: C.B. MARINE CORPORATION VS. FORE RIVER DOCK & DREDGE, MAINE COAST MARINE CONSTRUCTION AND GUY SPLETTSTOESSER**

Now comes the plaintiff and hereby notified this Honorable Court of plaintiff's withdrawal of the above-captioned motion.

As ground therefore defense counsel has agreed to produce these photographs without the need of an Order from this Court. As a point of clarification plaintiff's counsel has just been informed that the case captioned: C.B. Marine Corporation vs. Fore River Dock & Dredge, Maine Coast Marine Construction and Guy Splettstoesser settled under a confidentiality agreement prior to trial and that the photographs were marked as exhibits in preparation for the trial but were not actually offered into evidence as exhibits at the time of trial because the matter settled in a confidential fashion the details of which were never disclosed to plaintiff's counsel including whether or not it settled prior to trial or after the commencement of trial until now.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand
_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:      July 20, 2007

**CERTIFICATION OF SERVICE**

     I, John P. LeGrand, attorney for the plaintiff certify that on the 20th day of July, 2007 I made service of the foregoing document titled;" NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL COPIES OF PHOTOGRAPHS USED AS EXHIBITS AT THE TRIAL OF THE GROUNDING CAPTION ENTITLED: C.B. MARINE CORPORATION VS. FORE RIVER DOCK & DREDGE, MAINE COAST MARINE CONSTRUCTION AND GUY SPLETTSTOESSER" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

          Cathy S. Roberts, Esquire
          Robert J. Murphy, Esquire
          Mark G. Furey, Esquire
          Aaron K. Baltes, Esquire
          Michael S. D'Orsi, Esquire
          T. Christopher Donnelly, Esquire


          /s/ John P. LeGrand
          John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## **RULE 7.1 (2) CERTIFICATION**

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Notice of Withdrawal of Plaintiff's Motion to Compel Copies of Photographs Used as Exhibits at the Trial of the Grounding Caption Entitled: C.B. Marine Corporation vs. Fore River Dock & Dredge, Maine Coast Marine Construction and Guy Splettstoesser.

    Respectfully Submitted,
    Plaintiff by his attorney

    /s/ John P. LeGrand

    _____
    John P. LeGrand
    John P. LeGrand & Associates, P.C.
    375 Broadway, Suite 2
    Somerville, MA 02145
    617-623-3001
    BBO # 550185

Dated:    July 20, 2007