UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUPPLEMENT THEIR EXPERT DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 (a) (2) (B) AND PROVIDE COPIES OF EXPERT'S PRIOR REPORTS GENERATED IN OTHER COLLATERAL CASES CONCERNING THE GROUNDING OF THE TUG SEAWIND AND BARGE DS-64**

Now comes the plaintiff in the above-captioned matter and moves this Honorable Court to issue an Order compelling the defendants to provide the plaintiff with appropriate expert reports pursuant to Federal Rule of Civil Procedure 26 (a) (2) (B). Plaintiff also requests that this Honorable Court issue an Order compelling the defendants to provide the plaintiff with all prior disclosures of their same experts who have been providing expert opinions, reports, deposition testimony and perhaps even trial testimony in collateral litigation arising out of other cases concerning the grounding of the Tug Seawind and Barge DS-64.

Recent disclosures earlier this week on July 16, 2007 have alerted plaintiff's counsel to the fact that many of the defendants' experts have been used interchangeably amongst the defendants during the processing of the multiple lawsuits in the Federal District Court of Massachusetts, Federal District Court of Maine and the Cumberland County Superior Court in the State of Maine.

WHEREFORE, plaintiff moves this Honorable Court to issue an Order compelling the defendants to supplement their expert disclosures and provide copies of expert's prior reports and depositions generated in the other collateral cases which arose out of the grounding of the Tug Seawind and Barge DS-64.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated: July 20, 2007

**CERTIFICATION OF SERVICE**

      I, John P. LeGrand, attorney for the plaintiff certify that on the 20th day of July, 2007 I made service of the foregoing document titled;" PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUPPLEMENT THEIR EXPERT DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26 (a) (2) (B) AND PROVIDE COPIES OF EXPERT'S PRIOR REPORTS GENERATED IN OTHER COLLATERAL CASES CONCERNING THE GROUNDING OF THE TUG SEAWIND AND BARGE DS-64" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

            Cathy S. Roberts, Esquire
            Robert J. Murphy, Esquire
            Mark G. Furey, Esquire
            Aaron K. Baltes, Esquire
            Michael S. D'Orsi, Esquire
            T. Christopher Donnelly, Esquire


            /s/ John P. LeGrand
            John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## RULE 7.1 (2) CERTIFICATION

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Plaintiff's Motion to Compel Defendants to Supplement Their Expert Disclosures Pursuant to Federal Rules of Civil Procedure 26 (a) (2) (B) and Provide Copies of Expert's Prior Reports Generated in Other Collateral Cases Concerning the Grounding of the Tug Seawind and Barge DS-64.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand

_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:    July 20, 2007