UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

AND

MAINE COAST MARINE CONSTRUCTION,
    Third-Party Plaintiff

V.

GUY SPLETTSTOESSER,
    Third-Party Defendant

### JOINT MOTION OF PLAINTIFF, DEFENDANT FORE RIVER DOCK & DREDGE, INC. AND THIRD PARTY DEFENDANT GUY SPLETTSTOESSER TO EXTEND DISCOVERY FROM JULY 27, 2007 UP TO AND INCLUDING SEPTEMBER 10, 2007

    Now comes the plaintiff in the above captioned matter and moves this Honorable Court to extend discovery up to and including September 10, 2007.

    As grounds therefore plaintiff states that there are outstanding discovery matters including the need to take timely noticed depositions which have not gone forward as a result of scheduling conflicts of counsel, together with outstanding discovery motions, outstanding documents that need to be produced and a pending motion to inspect the Tug Seawind.

All counsel have been accommodating each other in providing dates for depositions to be conducted by agreement beyond the discovery deadline of July 27, 2007. Plaintiff simply would like to go on record with this Honorable Court and with the authority of this Honorable Court concerning conducting the outstanding discovery and the need for discovery to be conducted beyond the July 27, 2007 deadline.

WHEREFORE, plaintiff hereby moves this Honorable Court to extend discovery in the above-captioned matter up to and including September 10, 2007.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand
_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Respectfully Submitted,
Defendant Fore River Dock & Dredge
By his attorney

/s/ Robert Murphy

_____
Robert Murphy
Holbrook & Murphy
238-240 Lewis Wharf
Boston, MA 02110
617-428-1151

Respectfully Submitted,
Third-Party Defendant
By his attorney

/s/ Aaron Baltes
_____
Aaron Baltes
Norman, Canton & DeTroy
415 Congress Street
P.O. Box 4600
Portland, ME 04112-4600
207-774-7000

Dated:    July 20, 2007

## **CERTIFICATION OF SERVICE**

I, John P. LeGrand, attorney for the plaintiff certify that on the 20th day of July, 2007 I made service of the foregoing document titled;" JOINT MOTION OF PLAINTIFF, DEFENDANT FORE RIVER DOCK & DREDGE, INC. AND THIRD PARTY DEFENDANT GUY SPLETTSTOESSER TO EXTEND DISCOVERY FROM JULY 27, 2007 UP TO AND INCLUDING SEPTEMBER 10, 2007" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## RULE 7.1 (2) CERTIFICATION

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Joint Motion of Plaintiff, Defendant Fore River Dock & Dredge, Inc. and Third Party Defendant Guy Splettstoesser to Extend Discovery From July 27, 2007 Up To and Including September 10, 2007.

Respectfully Submitted,
Plaintiff by his attorney

/s/ John P. LeGrand
_____
John P. LeGrand
John P. LeGrand & Associates, P.C.
375 Broadway, Suite 2
Somerville, MA 02145
617-623-3001
BBO # 550185

Dated:    July 20, 2007