UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION TO INSPECT, PHOTOGRAPH AND SURVEY TUG SEAWIND II

    Now comes the plaintiff and moves this Honorable Court to give reconsideration to plaintiff's motion allowing "_plaintiff's counsel_" to inspect, photograph and survey the Tug Seawind II.

    As ground therefore, "_plaintiff's counsel_" request that they be allowed to inspect, photograph and survey the Tug Seawind II, said request still being made in a timely fashion, as discovery still does not close until July 27, 2007.

    WHEREFORE, plaintiff's counsel hereby moves this Honorable Court to allow plaintiff's counsel to inspect the Tug Seawind II in preparation for trial.

                                              Respectfully Submitted,
                                              Plaintiff by his attorney

                                              /s/ John P. LeGrand
                                              _____
                                              John P. LeGrand
                                              John P. LeGrand & Associates, P.C.
                                              375 Broadway, Suite 2
                                              Somerville, MA 02145
                                              617-623-3001
                                              BBO # 550185

Dated:      July 23, 2007

## CERTIFICATION OF SERVICE

I, John P. LeGrand, attorney for the plaintiff certify that on the 23rd day of July, 2007 I made service of the foregoing document titled;" Motion for Reconsideration of Plaintiff's Motion to Inspect, Photograph and Survey Tug Seawind II" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ John P. LeGrand
John P. LeGrand, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## **RULE 7.1 (2) CERTIFICATION**

Plaintiff's counsel hereby certifies that he has conferred with and attempted in good faith to resolve or narrow the issues with reference to the Motion for Reconsideration of Plaintiff's Motion to Inspect, Photograph and Survey Tug Seawind II.

    Respectfully Submitted,
    Plaintiff by his attorney

    /s/ John P. LeGrand
    _____
    John P. LeGrand
    John P. LeGrand & Associates, P.C.
    375 Broadway, Suite 2
    Somerville, MA 02145
    617-623-3001
    BBO # 550185

Dated:    July 23, 2007