UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10347-RGS

KEITH R. ABLOW,
    Plaintiff

V.

FORE RIVER DOCK & DREDGE, INC.,
C.B. MARINE CORPORATION AND
MAINE COAST MARINE CONSTRUCTION, INC.,
    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Plaintiff in the above-captioned action.

    Respectfully submitted,
    Plaintiff
    By his attorney

    /s/ Eric Stafford
    Eric Stafford
    JOHN P. LEGRAND & ASSOCIATES, P.C.
    375 Broadway, Suite 2
    Somerville, MA 02145
    (617) 623-3001
    BBO No: 551074

Dated: July 27, 2007

## **CERTIFICATION OF SERVICE**

I, Eric Stafford, attorney for the plaintiff certify that on the 27th day of July, 2007 I made service of the foregoing document titled;" Notice of Appearance" with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathy S. Roberts, Esquire
Robert J. Murphy, Esquire
Mark G. Furey, Esquire
Aaron K. Baltes, Esquire
Michael S. D'Orsi, Esquire
T. Christopher Donnelly, Esquire


/s/ Eric Stafford
Eric Stafford, Esquire