UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH R. ABLOW,<br>    PLAINTIFF,<br><br>V.<br><br>FORE RIVER DOCK & DREDGE, INC.,<br>C-B MARINE CORPORATION AND<br>MAINE COAST CONSTRUCTION, INC.,<br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)   CASE NO.: 1:05-CV-10347-RGS<br>)<br>)<br>)<br>)<br>) |

## **C-B MARINE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

**NOW COMES** the Defendant, C-B Marine Corporation, and moves the Court to grant it a summary judgment on all counts of the plaintiff's complaint directed against it on the grounds that there is no genuine issue as to any material fact and C-B Marine Corporation is entitled to judgment as a matter of law.

This motion is supported by an Affidavit of Roger P. Hale and by a memorandum in support of the motion, both submitted herewith.

Dated this 10th day of August, 2007        /s/ Mark G. Furey
                                            Mark G. Furey, Esq.
                                            Attorney for Defendant C-B
                                            Marine Corporation


Thompson, Bull, Furey, Bass & MacColl, LLC, P.A.
120 Exchange St., 6th Floor
P.O. Box 447
Portland, ME  04112-0447
(207) 774-7600

**Certificate of Service**

      I, Mark G. Furey, Esq., hereby certify that on August 10, 2007, I electronically filed C-B Marine Corporation's Motion for Summary Judgment, Memorandum of C-B Marine Corporation in Support of its Motion for Summary Judgment, C-B Marine Corporation's Statement of Material Facts as to Which There Is No Genuine Issue to be Tried and Affidavit of Roger P. Hale in Support of C-B Marine Corporation's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send electronic notification of such filings to the following recipients:

| | |
|---|---|
| John P. LeGrand, Esq. | LeGrandlaw@aol.com |
| Seth S. Holbrook, Esq. | Holbrook_Murphy@msn.com |
| Cathy Skeirik Roberts, Esq. | croberts@thompsonbowie.com |

                                                /s/ Mark G. Furey
                                                Mark G. Furey, Esq.
                                                Attorney for Defendant C-B Marine Corporation

Thompson, Bull, Furey, Bass & MacColl, LLC, P.A.
120 Exchange Street, 6th Floor
P.O. Box 447
Portland, ME  04112-0447
(207)  774-7600