UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH ABLOW, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| FORE RIVER DOCK & DREDGE, INC., | ) | |
| C-B MARINE CORPORATION and | ) | |
| MAINE COAST MARINE | ) | |
| CONSTRUCTION, | ) | Case No. 1:05-cv-10347-RGS |
| Defendants | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MAINE COAST MARINE | ) | |
| CONSTRUCTION, | ) | |
| Third Party Plaintiff | ) | |
| v. | ) | |
| GUY SPLETTSTOESSER, | ) | |
| Third Party Defendant | | |

## DEFENDANT MAINE COAST MARINE CONSTRUCTION'S MOTION IN LIMINE TO EXCLUDE THE UNITED STATES COAST GUARD REPORT

NOW COMES Defendant Maine Coast Marine Construction ("hereinafter Maine Coast"), by and through undersigned counsel, Thompson & Bowie, LLP, and pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, hereby moves this Court to preclude the Plaintiff, Keith Ablow, from introducing in evidence the attached United States Coast Guard Report as follows:

## BACKGROUND

This case arises out of the grounding of the tugboat Sea Wind II and Barge DS-64 on the beach of Plum Island off the entrance to Newburyport Harbor, Massachusetts on December 11, 2002. The Sea Wind II and Barge DS-64 were owned by C-B Marine

Corporation (hereinafter "C-B Marine") and leased to Fore River Dock & Dredge, Inc. (hereinafter "Fore River"). Fore River hired Guy Splettstoesser to act as the captain of the Sea Wind II to move the tugboat and barge from Gloucester, Massachusetts to Newburyport, Massachusetts where Fore River was under contract to perform construction work.[1] During the voyage, the tugboat and barge collided resulting in the grounding which is the subject matter of this suit. The tugboat and barge grounded on Plum Island beach in Newbury, Massachusetts in front of the Plaintiff, Keith Ablow's house.

As the result of the grounding, and pursuant to 46 C.F.R. 4.05 the United States Coast Guard (hereinafter "USCG") issued a report titled, *Report of the Investigation into the Circumstances Surrounding the Incident Involving Seawind Collision/Grounding*, (hereinafter "the USCG Report"), a copy of which is attached as Exhibit A. The USCG Report was redacted of all personal information including; the names of the involved parties, the results of the drug and alcohol testing that was performed as part of the investigation, the substance of the evidence contained in Appendix 1 of the USCG Report, and the portion of the statements provided by the parties involved in the grounding. The author and/or personnel involved in the drafting or issuance of the USCG Report are not contained within the USCG Report itself. Incorporated into the USCG Report is a sub-report titled, *Report of Marine Accident Injury or Death*,

---

[1] Fore River disputes this fact and maintains they hired Maine Coast Marine to provide a captain. This will be an issue for trial.

(hereinafter "Marine Accident Report"), which is dated 12/12/02. The author of the Marine Accident Report has been redacted and is also unknown.

Defendant Maine Cost Marine anticipates that the Plaintiff will attempt to offer in evidence the USCG Report, which contains details about the collision and ground, as well as opinions and conclusions regarding the incident in an attempt to prove that the Defendants proximately caused the alleged negligence, and therefore fix liability with one or more of the Defendants.

## LEGAL STANDARD

It is a well established rule that questions with regard to the admissibility of evidence are determined by the Court. Fed. R. of Evid. 104. Federal Rule of Evidence 803(8)(C) is a rule of discretion and allows a court to admit in evidence "factual findings resulting from an investigation made pursuant to authority granted by law, unless the source of information or other circumstances indicate lack of trustworthiness." Fed. R. of Evid. 803(8).

## ARGUMENT

**1.     The USCG Report is inadmissible because it contains conclusory opinions regarding liability.**

The regulations promulgated by the United States Coast Guard to govern marine investigations specifically state that such investigations are for the purpose of taking appropriate measures for promoting of life and property at sea, and are not intended to fix civil liability or criminal responsibility. 46 C.F.R. §407-1(b).

The USCG Report in this case contains the following opinions that attempt to fix liability for the collision and grounding, "[t]he SEAWIND is an inadequate vessel to tow a barge the size BARGE DS-64 and was unable to control the barge in the worsening weather." (Ex. A at p. 3).  The Report also issues the following recommendation which suggests liability, "[t]hat the OCMI draft a letter of concern to the operators of the SEAWIND and the BARGE DS-64 regarding the use of appropriately sized tugboats for moving barges the size of the BARGE DS-64 on exposed routes." (Ex. A at p. 3). Although the USCG Report was made pursuant to authority granted by law, the Report contains conclusions with regard to liability and should be excluded.

The facts in this case are very similar to those fact presented to in In re Matter of American Export Lines, Inc., 73 F.R.D. 454 (S.D.N.Y. 1977). American Export involved a maritime collision between two vessels which resulted in significant property damages and the loss of life. Id. at 456. As a result of the collision the USCG convened a Marine Board of Investigation, which included testimonial hearings and a formal report. Id. Like in the case at bar, the parties involved in American Export sought to have the court decide the admissibility of the USCG report pursuant to Fed. R. of Evid. 803(8). The District Court for the Southern District of New York held that, "any evaluative conclusions or opinions which would tend to fix responsibility in the action will not be admissible." Id.

The case of American Export was cited by the First Circuit in the case of, In re Complaint of Armatur, S.A., 710 F. Supp. 390 (D.P.R. 1988), which held that the admissibility of a USCG Report's was limited  to the admission of factual findings only.

Id. at 402. The sound analysis applied in American Export is the one that should be applied and followed in this case.

Because the USCG Report contains opinions and recommendations that are conclusory with regard to fixing liability for the collision and grounding which are at issue in this case, the USCG Report should be excluded. In addition, although the Plaintiff will argue that the facts of the USCG Report should be admissible, like in In re Complaint of Armatur, S.A., the USCG Report in this case does not meet the standard articulated in Fed. R. of Evid. 803(8)(C) with regard to "trustworthiness" (discussion infra), and therefore the USCG Report, in its entirety, should be excluded.

**2.      The USCG Report is inadmissible because it fails to satisfy the criteria of "trustworthiness" as required by Fed. R. of Evid. 803(8).**

There are four factors to consider when determining whether a document is "trustworthy" and thus admissible under Fed. R. of Evid. 803(8): (1) the timeliness of the investigation; (2) the skill or experience of the investigator; (3) whether a formal hearing was held; and (4) the bias of the investigator. In re Matter of American Export Lines, Inc., 73 F.R.D., 457 at n.4.

The USCG Report in this case has been redacted of all information that would enable the Court to assess the trustworthiness of the document in order for it to be admissible under Fed. R. of Evid. 803(8). Specifically, the USCG Report is not dated and it is unknown from the body of the USCG Report the timeframe of the investigation, or the date on in which it was drafted. Therefore, factor (1) of the test regarding "trustworthiness" cannot be met. In addition, the skill and the experience of the

investigator cannot be determined because the author or personnel involved in the investigation and drafting of the USCG Report are unknown. Because of this one cannot assess element (4), bias, which cannot be determined without the knowledge of the identity of the investigator(s) or author(s). Therefore, without the name(s) of the individual(s) that were responsible for the investigation and the drafting of the USCG Report neither element (2) or (4) can be met as required under Fed. R. of Evid. 803(8).

In the case of <u>American Export</u>, a Marine Board was convened and a testimonial hearing was held prior to the USCG issuing the report that was at issue in the pre-trial ruling on admissibility. <u>American Export</u>, 73 F.R.D., at 456. Because the Court in <u>American Export</u> was presented with a USCG report that was based on a testimonial hearing, the Court did not have to address the issues of whether the report itself, outside of the conclusory opinions, was admissible. The case at bar is distinguishable, in that in this case a Marine Board was not convened and no testimonial hearing occurred prior to the issuance of the attached USCG Report. (Ex. A. at p. 5). These facts support Maine Coast's argument that, not only are the conclusory statements that tend to fix civil liability inadmissible, but that the USCG Report in its entirely is not admissible because it was issued without testimonial hearing.

Despite the fact that the USCG Report was completed pursuant to federal law and as such may be considered admissible pursuant to Fed. R. of Evid. 803(8), the circumstances surrounding the issuance of the USCG Report fail to satisfy the standard articulated for a trustworthy document. In addition, the USCG Report itself contains

opinions and recommendations that attempt to fix liability, and are therefore conclusory and should be excluded.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, the Court should grant Defendant, Maine Coast Marine Construction's, motion in limine to exclude the United States Coast Guard Report in its entirety.

Dated at Portland, Maine this 10th day of August, 2007.


/s/ Cathy S. Roberts
Cathy Skeirik Roberts, Esq.
BBO #547407
Attorney for Defendant
Maine Coast Marine Construction

THOMPSON & BOWIE, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500

## CERTIFICATE OF SERVICE

I, Cathy S. Roberts, attorney for Defendant Maine Coast Marine Construction, hereby certify that on this date I made service of the foregoing document titled "Defendant Maine Coast Marine Construction's Motion in Limine to Exclude the United States Coast Guard Report with Incorporated Memorandum of Reasons" with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Robert J. Murphy, Esq.                Michael S. D'Orsi, Esq.
Holbrook & Murphy                     Donnelly, Conroy & Gelhaar, LLP
15 Broad Street – Suite 900           One Beacon Street, 33rd Floor
Boston, MA  02109                     Boston, MA  02108

Aaron K. Baltes
Norman, Hanson & DeTroy, LLC
415 Congress Street
P.O. Box 4600
Portland, ME  04112-4600

I hereby certify that on this date I did not mail by the United States Postal Service said submission to non-registered participants, as there are no non-registered participants for this case.

Dated at Portland, Maine this 10th day of August, 2007.

/s/ Cathy S. Roberts
Cathy S. Roberts, Esq. (BBO#547407)
Attorney for Defendant
Maine Coast Marine Construction

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
(207) 774-2500
\\tbfs2\data\docs\283\1\9138\p-mtn in limine USCG Report 08-10-07.doc

# UNITED STATES COAST GUARD

# REPORT OF INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE INCIDENT INVOLVING SEAWIND COLLISION/GROUNDING

# ON 12/11/2002



**MISLE ACTIVITY NUMBER: 1718026**
**ORIGINATING UNIT: MSO BOSTON**
**MISLE ACTIVITY OWNER: COMMANDANT (G-MRI)**
**MISLE ACTIVITY CONTROLLER: COMMANDANT (G-MRI)**
**MISLE CASE NUMBER: 100564**

DEFENDANT'S EXHIBIT
A
PENGAD-Bayonne, N. J.

| Report of Investigation |
|---|

# I. INCIDENT BRIEF

**SUMMARY**

At 2045R on 11 Dec 02 Station Merrimack River received a call from the master of the tug SEAWIND towing the barge BARGE DS-64 stating they were in the vicinity of the Merrimack River Entrance Buoy "3" and that the tug and barge had collided. Station Merrimack River responded and determined the tug and barge to be approximately 1 to 2 miles south of the jetty and 100 to 200 yards off of the beach. The crew dropped the stern spud then the bow spud when they were close to the beach. Because of the surf conditions and close location to the beach, Station Merrimack Rivers' 47-foot MLB was not able to approach the tug and barge to retrieve the crew. A Coast Guard helicopter from Air Station Cape Cod then lifted 5 people from the barge. All 5 of the crew were delivered to Station Merrimack River and were found to be in good condition by EMS. The tug and barge came to rest on the beach on the northern seaward end of Plum Island near the end of 49th Street.

**LIST OF EVENTS**

The 25 foot tug SEAWIND, O.N. ME4104B and the hopper barge BARGE DS-64, O.N. CG045962 departed the Herring Way Marina on the Annisquam River at approximately 1200 on December 11, 2002. The tug and barge were headed for Newburyport, MA.
On board the SEAWIND were the master, Guy W. Splettstoesser and the deckhand ███████. On the barge were ███████████, ███████ and ███████. Mr. Splettstoesser is a licensed OUTV operator.

Before leaving the marina the NOAA weather was checked and appeared to be satisfactory for the voyage. At the time they left the marina, the weather was clear and calm. The forecast for the trip was seas 2-4 feet, with winds from the E at 15-20 knots. The evening forecast called for seas 3-6 feet, building to 4-8 feet, east winds 15-20 knots with gusts to 25, visibility lowering to below 3 miles in rain.

The tug and barge traveled from the Annisquam River to Newburyport approximately 4 miles offshore at about 2 knots. When they reached the MR buoy, they turned port to head straight into the channel. The tug and barge were heading into the channel with the barge on a 300-foot wire. The tide was ebbing and the wind was coming from the NE at 20-30 knots, the seas were running 8-10 ft from the NE, and visibility was 5 miles.

At 2045 Station Merrimack River received the initial call from the master of the tug SEAWIND stating that due to heavy wind and seas the tug collided with the barge. Mr. ███████, who was on the barge, stated that an 8 to 10 foot wave came over the stern of the tug. Water was on the deck of the tug, some entered the machinery space and possibly shut down the starboard main engine. According to the master and deckhand, the hatch is usually left open for ventilation. The wave also pushed the tug to the port. In a 2-3-wave cycle, the tug was pushed 180 degrees around and was being set upon by the barge. The tug still had water on the deck and at this time the master called a MAYDAY. Within 1-2 minutes, the tug was along side the barge. The wind and tidal conditions caused the tug and barge to be in a port-to-port position. While in this position the tug was being slammed against the barge. Within another couple of minutes, the tug moved astern of the barge and was being held there by the wave and wind action. The tug was being hit by waves on the beam and two of these waves washed the tug crew onto the deck of the barge. The port engine was still in gear and pushed the barge in circles until the engine stalled from a line in the screw.
The tug and barge drifted southwesterly towards the beach.

Report of Investigation

At 2130 the crew dropped 1 spud on the barge, approximately 100 yards off of the beach to try to stop drifting. At 2207 a second spud was dropped and the barge turned abeam to the sea.
A Coast Guard helicopter retrieved all 5 persons from the barge and returned them to Station Merrimack River.
At 0215, Mr. ████████ of Compliance Network of New England arrived at Station Merrimack River to conduct post accident drug and alcohol testing of the crew.
Before 0400 the barge and tug grounded on a sandy beach at the end of 49th street Newburyport, Ma. The tug was inboard of the barge and somewhat protected from the waves. The barge was parallel to the beach and the waves occasionally pushed the barge against the tug.
The alcohol and substance testing results taken on the morning of 12/12/02 were █████ for each member of the crew.

CONCLUSIONS
    1.    The increase in the winds and the building of the seas from the forecasted weather slowed the voyage.
    2.    The delay in the arrival at the entrance to Merrimack River resulted in encountering adverse conditions, including the ebbing tide and the wind and waves.
    3.    The SEAWIND is an inadequate vessel to tow a barge the size BARGE DS-64 and was unable to control the barge in the worsening weather.

RECOMMENDATIONS
    1.    That the OCMI draft a letter of concern to the operators of the SEAWIND and the BARGE DS-64 regarding the use of appropriately sized tugboats for moving barges the size of the BARGE DS-64 on exposed routes.
    2.    That this investigation be closed.

Report of Investigation

## II. EXECUTIVE SUMMARY

**Incident Summary**

SUMMARY

At 2045R on 11 Dec 02 Station Merrimack River received a call from the master of the tug SEAWIND towing the barge BARGE DS-64 stating they were in the vicinity of the Merrimack River Entrance Buoy "3" and that the tug and barge had collided. Station Merrimack River responded and determined the tug and barge to be approximately 1 to 2 miles south of the jetty and 100 to 200 yards off of the beach. The crew dropped the stern spud then the bow spud when they were close to the beach. Because of the surf conditions and close location to the beach, Station Merrimack Rivers' 47-foot MLB was not able to approach the tug and barge to retrieve the crew. A Coast Guard helicopter from Air Station Cape Cod then lifted 5 people from the barge. All 5 of the crew were delivered to Station Merrimack River and were found to be in good condition by EMS. The tug and barge came to rest on the beach on the northern seaward end of Plum Island near the end of 49th Street.

LIST OF EVENTS

The 25 foot tug SEAWIND, O.N. ME4104B and the hopper barge BARGE DS-64, O.N. CG045962 departed the Herring Way Marina on the Annisquam River at approximately 1200 on December 11, 2002. The tug and barge were headed for Newburyport, MA.

On board the SEAWIND were the master, Guy W. Splettstoesser and the deckhand ███████ ███████. On the barge were ███████████, ███████████ and ███████. Mr. Splettstoesser is a licensed OUTV operator.

Before leaving the marina the NOAA weather was checked and appeared to be satisfactory for the voyage. At the time they left the marina, the weather was clear and calm. The forecast for the trip was seas 2-4 feet, with winds from the E at 15-20 knots. The evening forecast called for seas 3-6 feet, building to 4-8 feet, east winds 15-20 knots with gusts to 25, visibility lowering to below 3 miles in rain.

The tug and barge traveled from the Annisquam River to Newburyport approximately 4 miles offshore at about 2 knots. When they reached the MR buoy, they turned port to head straight into the channel. The tug and barge were heading into the channel with the barge on a 300-foot wire. The tide was ebbing and the wind was coming from the NE at 20-30 knots, the seas were running 8-10 ft from the NE, and visibility was 5 miles.

At 2045 Station Merrimack River received the initial call from the master of the tug SEAWIND stating that due to heavy wind and seas the tug collided with the barge. Mr. ███████, who was on the barge, stated that an 8 to 10 foot wave came over the stern of the tug. Water was on the deck of the tug, some entered the machinery space and possibly shut down the starboard main engine. According to the master and deckhand, the hatch is usually left open for ventilation. The wave also pushed the tug to the port. In a 2-3-wave cycle, the tug was pushed 180 degrees around and was being set upon by the barge. The tug still had water on the deck and at this time the master called a MAYDAY. Within 1-2 minutes, the tug was along side the barge. The wind and tidal conditions caused the tug and barge to be in a port-to-port position. While in this position the tug was being slammed against the barge. Within another couple of minutes, the tug moved astern of the barge and was being held there by the wave and wind action. The tug was being hit by waves on the beam and two of these waves washed the tug crew onto the deck of the barge. The port engine was still in gear and pushed the barge in circles until the engine stalled from a line in the screw.

4

Report of Investigation

The tug and barge drifted southwesterly towards the beach.

At 2130 the crew dropped 1 spud on the barge, approximately 100 yards off of the beach to try to stop drifting. At 2207 a second spud was dropped and the barge turned abeam to the sea.

A Coast Guard helicopter retrieved all 5 persons from the barge and returned them to Station Merrimack River.

At 0215, Mr. ████████ of Compliance Network of New England arrived at Station Merrimack River to conduct post accident drug and alcohol testing of the crew.

Before 0400 the barge and tug grounded on a sandy beach at the end of 49th street Newburyport, Ma. The tug was inboard of the barge and somewhat protected from the waves. The barge was parallel to the beach and the waves occasionally pushed the barge against the tug.

The alcohol and substance testing results taken on the morning of 12/12/02 were ████ for each member of the crew.

CONCLUSIONS

1.    The increase in the winds and the building of the seas from the forecasted weather slowed the voyage.

2.    The delay in the arrival at the entrance to Merrimack River resulted in encountering adverse conditions, including the ebbing tide and the wind and waves.

3.    The SEAWIND is an inadequate vessel to tow a barge the size BARGE DS-64 and was unable to control the barge in the worsening weather.

RECOMMENDATIONS

1.    That the OCMI draft a letter of concern to the operators of the SEAWIND and the BARGE DS-64 regarding the use of appropriately sized tugboats for moving barges the size of the BARGE DS-64 on exposed routes.

2.    That this investigation be closed.

Incident Involved:     Marine Casualty, Reportable

Level of Investigation: Data Collection
IMO Classification: Routine
USCG Classification: Significant Marine Casualty
Was this a Serious Marine Incident? Yes
Was a Marine Board Convened by Commandant? No

**Personnel Casualty Summary**

Total Missing (Active Search) = 0
Total Missing (Presumed Lost) = 0
Total Dead = 0
Total Injured = 0
Total Uninjured = 5
Total People at Risk = 5
Other Personnel (Not at Risk) = 0

**Vessel(s) Status Summary**

Report of Investigation

Actual Total Loss(es) = 1
Total Constructive Loss, Salvaged = 0
Total Constructive Loss, Unsalvaged = 0
Damaged = 1
Undamaged = 0

## Property Damage Summary/Total Damage

Vessel(s) = $150000*
Cargo = $
Facility(s) = $
Other = $

\* Includes estimates

## Waterway Mobility Summary

Vessel Delays (including speed restrictions): None

6

Report of Investigation

## III. ACTIONS IN RESPONSE TO THIS REPORT

**Actions on Recommendations**

**Safety Alerts**

Report of Investigation

# IV. FINDINGS OF FACT

## Subjects of the Investigation

**Vessels.** The following vessels were subjects of this investigation.  Particulars for each vessel follow.

| | |
|---|---|
| Vessel Name: | BARGE DS-64 |
| Flag: | UNITED STATES |
| Vessel Identification Number: | CG045962 |
| Call Sign: | |
| Status: | Actual Total Loss |
| Role: | Involved in a Marine Casualty |
| Vessel Class, Type, Sub-Type: | Barge, General, |
| Gross Tonnage(GRT): | |
| Net Tonnage(NRT): | |
| Deadweight Tons: | |
| Length: | |
| Home/Hailing Port: | |
| Keel Laid Date: | |
| Delivery Date: | |
| Place of Construction: | |
| Builder Name: | |
| Propulsion: | |
| Horsepower: | |
| Master: | |
| Classification Society: | |
| Owner: | |
| Operator: | |
| Inspection Subchapter: | |
| Most Recent Vessel Inspection Activity: | |

| | |
|---|---|
| Vessel Name: | Seawind |
| Flag: | UNITED STATES OF AMERICA |
| Vessel Identification Number: | ME4104B |
| Call Sign: | |
| Status: | Damaged |
| Role: | Involved in a Marine Casualty |
| Vessel Class, Type, Sub-Type: | Towing Vessel, Towing Behind (Tug), |
| Gross Tonnage(GRT): | |
| Net Tonnage(NRT): | |
| Deadweight Tons: | |
| Length: | 25 |
| Home/Hailing Port: | |
| Keel Laid Date: | |

Delivery Date:
Place of Construction:
Builder Name:
Propulsion:                          Diesel Reduction
Horsepower:
Master:
Classification Society:
Owner:
Operator:
Inspection Subchapter:
Most Recent Vessel Inspection Activity:

**Facilities.** The following facilities were subjects of this investigation.  Particulars for each facility follow.

**Parties and Organizations.** The following people and organizations were subjects of this investigation.

████████████

Status:                          Rescued Uninjured
Role:                            Crewmember
Gender:                          M
Age:                             █
SSN:                             - -
Birth Date:                      ████████ -
Email Address:
Phone Number():
Address(Home/Primary Residence): ████████████

Comments:                        Crewmember on the barge

████████████

Status:                          Rescued Uninjured
Role:                            Crewmember
Gender:                          M
Age:                             █
SSN:                             - -
Birth Date:                      ██████
Email Address:
Phone Number():
Address(Home/Primary Residence): ████████████

Comments:

████████████

Status:                          Rescued Uninjured

9

Report of Investigation



| | |
|---|---|
| Role: | Crewmember |
| Gender: | M |
| Age: | ██ |
| SSN: | - - |
| Birth Date: | ████████ |
| Email Address: | |
| Phone Number(): | |
| Address(Home/Primary Residence): | ████████████ |
| Comments: | Crewmember on the barge |

████████

| | |
|---|---|
| Status: | Rescued Uninjured |
| Role: | Crewmember |
| Gender: | M |
| Age: | ██ |
| SSN: | - - |
| Birth Date: | ████████ |
| Email Address: | |
| Phone Number(): | |
| Address(Home/Primary Residence): | ████████ |
| Comments: | Crewmember on tug. |

SPLETTSTOESSER, GUY WALTER

| | |
|---|---|
| Status: | Rescued Uninjured |
| Role: | Crewmember |
| Gender: | |
| Age: | 28 |
| SSN: | ████████ |
| Birth Date: | |
| Email Address: | |
| Phone Number(): | |
| Address(Home/Primary Residence): | 131 PARK STREET, #4 PORTLAND, ME 04101 |
| Comments: | |

**Drug and Alcohol Testing.** The following people have been determined by the Coast Guard, Law Enforcement Personnel, and/or the Marine Employer to have been directly involved in a Serious Marine Incident as defined in 46 CFR 4.03-2:

SPLETTSTOESSER, GUY WALTER; Crewmember



████████; Crewmember
████████; Crewmember
████████; Crewmember
████████; Crewmember

10

Case 1:05-cv-10347-RGS    Document 61-2    Filed 08/10/2007    Page 11 of 48

**Response Resources.** The following incident response resources were subjects of this investigation.

**Other Subjects.** The following were subjects of this investigation.

**Waterway Segment(s).** The following waterway segment(s) were subjects of this investigation.

    Atlantic Ocean
        Role:
        Local Name:
        Description:

    MERRIMACK RIVER
        Role: Location
        Local Name:
        Description: MERRIMACK RIVER, MA

---

## Incident Information

**Location(s).**

| Description | Latitude | Longitude |
|---|---|---|
| MERRIMACK RIVER ENTRANCE BUOY "3" | 42 47.0 N | 070 48.0 W |
| Plum Island Beach: Atlantic Ocean | 42 50.0 N | 070 48.3 E |

**Sequence of Events.**

12/11/2002 20:45 to 12/11/2002 20:45 (Known): At 2045R on 11 Dec 02 Station Merrimack River received a call from the master of the tug SEAWIND towing the barge BARGE DS-64 stating they were in the vicinity of the Merrimack River Entrance Buoy "3" and that the tug and barge had collided.

    Event Type:        Collision
    Event Class:       Special Circumstances
    Event Subclass:    Partial Control
    Location:  Known; US Waters
           Description: MERRIMACK RIVER ENTRANCE BUOY "3"
           Latitude: 42 47.0 N      Longitude: 070 48.0 W

    Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| Seawind | Vessel | Damaged | Involved in a Marine Casualty |

    Details Filed: Detail Description

At 2045R on 11 Dec 02 Station Merrimack River received a call from the master of the tug SEAWIND towing the barge BARGE DS-64 stating they were in the vicinity of the Merrimack River Entrance Buoy "3" and that the tug and barge had collided.

| | | | |
|---|---|---|---|
| BARGE DS-64 | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Detail Description

At 2045R on 11 Dec 02 Station Merrimack River received a call from the master of the tug SEAWIND towing the barge BARGE DS-64 stating they were in the vicinity of the Merrimack River Entrance Buoy "3" and that the tug and barge had collided.

12/12/2002 3:00 to 12/12/2002 3:01 (Estimated): Before 0400 the barge and tug grounded on a sandy beach at the end of 49th street Newburyport, Ma. The tug was inboard of the barge and somewhat protected from the waves. The barge was parallel to the beach and the waves occasionally pushed the barge against the tug.

Event Type:      Grounding
Event Class:     Unmarked Waterway
Event Subclass:  No Control
Location:  Known; US Waters
           Description: Plum Island Beach: Atlantic Ocean
           Latitude: 42 50.0 N       Longitude: 070 48.3 E

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| Seawind | Vessel | Damaged | Involved in a Marine Casualty |

Details Filed: Detail Description

Before 0400 the barge and tug grounded on a sandy beach at the end of 49th street Newburyport, Ma. The tug was inboard of the barge and somewhat protected from the waves. The barge was parallel to the beach and the waves occasionally pushed the barge against the tug.

| | | | |
|---|---|---|---|
| BARGE DS-64 | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Detail Description

Before 0400 the barge and tug grounded on a sandy beach at the end of 49th street Newburyport, Ma. The tug was inboard of the barge and somewhat protected from the waves. The barge was parallel to the beach and the waves occasionally pushed the barge against the tug.

09/17/2003 9:35 to 09/17/2003 9:35 (Known): The alcohol and substance testing results taken on the morning of 12/12/02 were negative for each member of the crew.

Action Type:     Other Actions - Drug and Alcohol Use and Testing
Action Class:    Take Drug Test - Post-casualty
Location:  Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| SPLETTSTOESSER, GUY WALTER | Party | Rescued Uninjured | Crewmember |

Details Filed: Drug and Alcohol Test Details
          Sample Collection

Report of Investigation

|  |  |
|---|---|
| Reason for Sample: | Post-casualty |
| Date/Time Directed: | |
| Means of Direction: | |
| Directed By: | |
|     Organization: | |
|     Description: | |
| Directed to get DOT Test: | Yes |
| Chemical Test Sample Provided: | Yes |
|     Chemical Test Type: | |
|     Sample Type: | |
|     Date/Time Sample Taken: | |
|     Sampling Location: | |
|     DOT Protocols Used: | No |
|     Collection Agent: | |
|     Donor Certified: | No |
|     Irregularities Noted: | No |
|     Transferred/Chain of | |
|     Custody Complete: | No |

Field Sobriety Test

| Field Sobriety Test Performed: | No |
|---|---|

Drug Analysis

| Analyzing Laboratory: | |
|---|---|
| DOT Protocols Used: | Yes |
| Test Results: | ▮ |
| Medical Review Officer/Coroner: | |
| MRO/Coroner Conclusions: | |
| Sample Transferred and Chain | |
| of Custody Complete: | Yes |

Drug Re-Analysis

| ▮ | Party | Rescued Uninjured | Crewmember |
|---|---|---|---|

Details Filed: Drug and Alcohol Test Details

Sample Collection

|  |  |
|---|---|
| Reason for Sample: | Post-casualty |
| Date/Time Directed: | |
| Means of Direction: | |
| Directed By: | |
|     Organization: | |
|     Description: | |
| Directed to get DOT Test: | Yes |
| Chemical Test Sample Provided: | Yes |
|     Chemical Test Type: | |
|     Sample Type: | |
|     Date/Time Sample Taken: | |
|     Sampling Location: | |
|     DOT Protocols Used: | No |
|     Collection Agent: | |
|     Donor Certified: | No |
|     Irregularities Noted: | No |
|     Transferred/Chain of | |
|     Custody Complete: | No |

Field Sobriety Test

| Field Sobriety Test Performed: | No |
|---|---|

Drug Analysis

| Analyzing Laboratory: | |
|---|---|
| DOT Protocols Used: | Yes |
| Test Results: | ▮ |

Report of Investigation

Medical Review Officer/Coroner:
MRO/Coroner Conclusions:
Sample Transferred and Chain
of Custody Complete:                    Yes
**Drug Re-Analysis**

███████████          Party         Rescued              Crewmember
                                   Uninjured

**Details Filed: Drug and Alcohol Test Details**

    <u>Sample Collection</u>
      Reason for Sample:                    Post-casualty
      Date/Time Directed:
      Means of Direction:
      Directed By:
        Organization:
        Description:
      Directed to get DOT Test:              Yes
      Chemical Test Sample Provided:         Yes
        Chemical Test Type:
        Sample Type:
        Date/Time Sample Taken:
        Sampling Location:
        DOT Protocols Used:                 No
        Collection Agent:
        Donor Certified:                    No
        Irregularities Noted:               No
        Transferred/Chain of
        Custody Complete:                   No
    <u>Field Sobriety Test</u>
      Field Sobriety Test Performed:         No
    <u>Drug Analysis</u>
      Analyzing Laboratory:
      DOT Protocols Used:                    Yes
      Test Results:                          ████
      Medical Review Officer/Coroner:
      MRO/Coroner Conclusions:
      Sample Transferred and Chain
      of Custody Complete:                   Yes
    <u>**Drug Re-Analysis**</u>

███████████          Party         Rescued              Crewmember
                                   Uninjured

**Details Filed: Drug and Alcohol Test Details**

    <u>Sample Collection</u>
      Reason for Sample:                    Post-casualty
      Date/Time Directed:
      Means of Direction:
      Directed By:
        Organization:
        Description:
      Directed to get DOT Test:              Yes
      Chemical Test Sample Provided:         Yes
        Chemical Test Type:
        Sample Type:
        Date/Time Sample Taken:
        Sampling Location:
        DOT Protocols Used:                 No
        Collection Agent:

| | | |
|---|---|---|
| Donor Certified: | No | |
| Irregularities Noted: | No | |
| Transferred/Chain of Custody Complete: | No | |

Field Sobriety Test
| Field Sobriety Test Performed: | No |
|---|---|

Drug Analysis
| | |
|---|---|
| Analyzing Laboratory: | |
| DOT Protocols Used: | Yes |
| Test Results: | ▆▆▆ |
| Medical Review Officer/Coroner: | |
| MRO/Coroner Conclusions: | |
| Sample Transferred and Chain of Custody Complete: | Yes |

Drug Re-Analysis

| ▆▆▆▆▆▆ | Party | Rescued Uninjured | Crewmember |
|---|---|---|---|

## Details Filed: Drug and Alcohol Test Details

Sample Collection
| | |
|---|---|
| Reason for Sample: | Post-casualty |
| Date/Time Directed: | |
| Means of Direction: | |
| Directed By: | |
| Organization: | |
| Description: | |
| Directed to get DOT Test: | Yes |
| Chemical Test Sample Provided: | Yes |
| Chemical Test Type: | |
| Sample Type: | |
| Date/Time Sample Taken: | |
| Sampling Location: | |
| DOT Protocols Used: | No |
| Collection Agent: | |
| Donor Certified: | No |
| Irregularities Noted: | No |
| Transferred/Chain of Custody Complete: | No |

Field Sobriety Test
| Field Sobriety Test Performed: | No |
|---|---|

Drug Analysis
| | |
|---|---|
| Analyzing Laboratory: | |
| DOT Protocols Used: | Yes |
| Test Results: | ▆▆▆ |
| Medical Review Officer/Coroner: | |
| MRO/Coroner Conclusions: | |
| Sample Transferred and Chain of Custody Complete: | Yes |

Drug Re-Analysis

# V. CAUSAL ANALYSIS

## The Initiating Event of the Incident

**Initiating Event:**


## Failures of Defense Against Subsequent Events in the Incident

Report of Investigation

## VI. REFERRAL FOR ENFORCEMENT ACTION

The following referrals for enforcement action have been made as a result of this investigation and represent those instances where the Coast Guard has gathered evidence that indicates one or more alleged violations or offenses may have occurred.  Any determinations as to whether or not one or more actual violations or offenses have occurred are documented in the appropriate Coast Guard enforcement activities.

## APPENDIX 1 - EVIDENCE

1718026 ███ #01: Document/CG-2692 Report of Marine Accident, Injury or Death
    CG-2692
    Collection Information:
        Date/Time:    01/13/2003 9:11:00 AM
        Location:      MSO Boston
        Collected By:  USCG Gathered; CWO 4 ████, BOSMS
        Witnessed By:  USCG Witness; ,
    Tracking:
    Attachments:
        - 2692 p1.bmp; MSO BOSTON; ███████; 01/13/2003;
        - 2692 p2.bmp; MSO BOSTON; ███████ 01/13/2003;

1718026 ███ #02: Document/Chart
    Chart
    Collection Information:
        Date/Time:    01/13/2003 9:15:00 AM
        Location:
        Collected By:  USCG Gathered; CWO 4 ████, BOSMS
        Witnessed By:  USCG Witness; ,
    Tracking:
    Attachments:
        - Chart of MR entrance.bmp; MSO BOSTON; ███████; 01/13/2003;

1718026 ███ #03: Document/Other Document
    Drug & Alcohol reports
    Collection Information:
        Date/Time:    01/13/2003 9:20:00 AM
        Location:
        Collected By:  USCG Gathered; CWO4 ████ BOSMS
        Witnessed By:  USCG Witness; ,
    Tracking:
    Attachments:
        - ██ Alcohol.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Drug.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Alcohol.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Drug.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Alcohol.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Drug.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Alcohol.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Drug.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Alcohol.bmp; MSO BOSTON; ███████; 01/13/2003;
        - ██ Drug.bmp; MSO BOSTON; ███████; 01/13/2003;

1718026 ███ #04: Document/Written Statement
    Statements

| Report of Investigation |
| --- |

Collection Information:
       Date/Time:     01/13/2003 9:18:00 AM
       Location:
       Collected By:   USCG Gathered; CWO 4 ███, BOSMS
       Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    -   ███ State.bmp; MSO BOSTON; ████████; 01/13/2003;
    -   ███ State.bmp; MSO BOSTON; ████████; 01/13/2003;
    - ███ State.bmp; MSO BOSTON; ████████; 01/13/2003;
    -  ███ State.bmp; MSO BOSTON; ████████; 01/13/2003;
    -  ███ State.bmp; MSO BOSTON; ████████; 01/13/2003;

**1718026 ███ #05: Document/Other Document**
Crew List
Collection Information:
       Date/Time:     01/13/2003 9:25:00 AM
       Location:
       Collected By:   USCG Gathered; CWO 4 ███, BOSMS
       Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    - Crew List.bmp; MSO BOSTON; ████████; 01/13/2003;

**1718026 ███ #06: Document/Other Document**
Forecast
Collection Information:
       Date/Time:     01/13/2003 9:27:00 AM
       Location:
       Collected By:   USCG Gathered; CWO 4 ███ BOSMS
       Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    - forecast 4;42pm.bmp; MSO BOSTON; ████████; 01/13/2003;
    - forecast 8;29pm.bmp; MSO BOSTON; ████████; 01/13/2003;-
    - forecast.bmp; MSO BOSTON; ████████; 01/13/2003;

**1718026 ███ #07: Document/Other Document**
Messages
Collection Information:
       Date/Time:     01/13/2003 9:28:00 AM
       Location:
       Collected By:   USCG Gathered; CWO 4 ███, BOSMS
       Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    - Msg 2 p1.bmp; MSO BOSTON; ████████; 01/13/2003;
    - Msg 2 p2.bmp; MSO BOSTON; ████████; 01/13/2003;

Report of Investigation

- Msg 3 p1.bmp; MSO BOSTON; ████████ ; 01/13/2003;
- Msg 3 p2.bmp; MSO BOSTON; ████████ .; 01/13/2003;
- Msg p1.bmp; MSO BOSTON; ████████ .; 01/13/2003;
- Msg p2.bmp; MSO BOSTON; ████████ .; 01/13/2003;

## APPENDIX 2 - CORRESPONDENCE

DEPARTMENT OF
TRANSPORTATION
U. S. COAST GUARD
CG-2692 (Rev. 6-87)

MB 4104 S

Approved OMB No. 2115-0003

# REPORT OF MARINE ACCIDENT,
# INJURY OR DEATH

OMB No. 2115-003

UNIT CASE NUMBER

## SECTION I. GENERAL INFORMATION

| 1. Name of Vessel or Facility | 2. Official No. | 3. Nationality | 4. Call Sign | 5. USCG Certificate of Inspection issued at: |
|---|---|---|---|---|
| Sea Wind + Barge DS-64 | | US | | UNINSPECTED |

| 6. Type (Towing, Freight, Fish, Drill, etc.) | 7. Length | 8. Gross Tons | 9. Year Built | 10. Propulsion (Steam, diesel, gas, turbine...) |
|---|---|---|---|---|
| Towing + Dredge | 25 / 150' | 15 / 1,000 | 1989 / 1954 | Diesel |

| 11. Hull Material (Steel, Wood...) | 12. Draft (ft. - in.) | | 13. If Vessel Classed, By Whom: (ABS, LLOYDS, DNV, BV, etc.) | 14. Date (of occurrence) | 15. TIME Local |
|---|---|---|---|---|---|
| Steel / Steel | FWD. 4'0" | AFT. 4'6" | NA | 12/11/02 | Approx 2100 |

| 16. Location (See Instruction No. 10A) | 17. Estimated Loss or Damage TO: |
|---|---|
| 42° 48' 45" N    70° 47' 50" W | |

| 18. Name, Address & Telephone No. of Operating Co. | | |
|---|---|---|
| C.B. MARINE INC. | VESSEL $ | |
| 446 Commercial St. | CARGO $ | Ø |
| Portland, Me 04101    207-772-5354 | OTHER $ | Ø |

| 19. Name of Master or Person in Charge | USCG License | 20. Name of Pilot | USCG License | State License |
|---|---|---|---|---|
| GUY SPLETTSTOESSER | ☒ YES ☐ NO | Same | ☒ YES ☐ NO | ☐ YES ☐ NO |

| 19a. Street Address (City, State, Zip Code) | 19b. Telephone Number | 20a. Street Address (City, State, Zip Code) | 20b. Telephone Number |
|---|---|---|---|
| 55 Beech Hill Road FREEPORT, ME 04032 | (207) 865-6861 | Same | ( ) |

### 21. Casualty Elements (Check as many as needed and explain in Block 44.)

2 on Tug  3 on Barge
NO. OF PERSONS ON BOARD 5

- ☐ DEATH- HOW MANY? _____
- ☐ MISSING- HOW MANY? _____
- ☐ INJURED- HOW MANY? _____
- ☐ HAZARDOUS MATERIAL RELEASED OR INVOLVED
  *(Identify Substance and amount in Block 44.)*
- ☐ OIL SPILL-ESTIMATE AMOUNT:

  None
- ☐ CARGO CONTAINER LOST/DAMAGED
- ☐ COLLISON (Identify other vessel or object in Block 44.)
- ☒ GROUNDING   ☐ WAKE DAMAGE

- ☐ FLOODING, SWAMPING WITHOUT SINKING *(circled)*
- ☐ CAPSIZING (with or without sinking)
- ☐ FOUNDERING OR SINKING
- ☐ HEAVY WEATHER DAMAGE
- ☐ FIRE
- ☐ EXPLOSION
- ☐ COMMERCIAL DIVING CASUALTY
- ☐ ICE DAMAGE
- ☐ DAMAGE TO AIDS TO NAVIGATION
- ☐ STEERING FAILURE
- ☐ MACHINERY OR EQUIPMENT FAILURE
- ☐ ELECTRICAL FAILURE
- ☐ STRUCTURAL FAILURE

- ☐ FIREFIGHTING OR EMERGENCY EQUIPMENT FAILED OR INADEQUATE *(Describe in Block 44.)*
- ☐ LIFESAVING EQUIPMENT FAILED OR INADEQUATE *(Describe in Block 44.)*
- ☐ BLOW OUT *(Petroleum exploration/production)*
- ☐ ALCOHOL INVOLVEMENT *(Describe in Block 44.)*
- ☐ DRUG INVOLVEMENT *(Describe in Block 44.)*
- ☐ OTHER *(Specify)*

### 22. Conditions

**B. WEATHER**
- ☒ CLEAR
- ☐ RAIN
- ☐ SNOW
- ☐ FOG
- ☐ OTHER (Specify)

**A. Sea or River Conditions** *(wave height, river stage, etc.)*

**C. TIME**
- ☐ DAYLIGHT
- ☐ TWILIGHT
- ☒ NIGHT

**D. VISIBILITY**
- ☐ GOOD
- ☒ FAIR
- ☐ POOR

**E. DISTANCE (miles)** 5 *(of visibility)*

**F. AIR TEMPERATURE** 35 (F)

**G. WIND SPEED & DIRECTION** 15-20  NE

**H. CURRENT SPEED & DIRECTION**

### 23. Navigation Information
- ☐ MOORED, DOCKED OR FIXED
- ☒ ANCHORED ☒ UNDERWAY OR DRIFTING

SPEED AND COURSE: 2 KTS  310 m

| 24. Last Port Where Bound | 24a. Time and Date of Departure |
|---|---|
| Gloucester   Merrimac River to New York | 1305  12/11/02 |

### 25. FOR TOWING ONLY

| 25a. NUMBER OF VESSELS TOWED | Empty | Loaded | Total | 25b. TOTAL H.P. OF TOWING UNITS | 25c. MAXIMUM SIZE OF TOW WITH TOW-BOAT(S) | | 25d. (Describe in Block 44.) |
|---|---|---|---|---|---|---|---|
| | 1 | | 1 | 600 HP | Length 350' | Width 38' | ☐ PUSHING AHEAD ☒ TOWING ASTERN ☐ TOWING ALONGSIDE ☐ MORE THAN ONE TOW-BOAT ON TOW |

## SECTION II. BARGE INFORMATION

| 26. Name | 26a. Official Number | 26b. Type | 26c. Length | 26d. Gross Tons | 26e. USCG Certificate of Inspection Issued at: |
|---|---|---|---|---|---|
| DS-65 | 44 | Hopper | 150 | 1,000 | NA |

| 26f. Year Built | 26g. | 26h. Draft FWD | | 26i. Operating Company |
|---|---|---|---|---|
| 1954 | ☒ SINGLE SKIN ☐ DOUBLE SKIN | 4 | AFT 6 | Fore River Dock + Dredge, Inc. 446 Commercial St. Portland, Me 04101 |

| 26j. Damage Amount | 26k. Describe Damage to Barge |
|---|---|
| BARGE $ | Fore River Dock + Dredge, Inc.  Unknown At This Time |
| CARGO $ | |
| OTHER $ | |

PREVIOUS EDITIONS MAY BE USED

SN 7530-00-FO1-1730

| 27. Person Involved<br>☐ MALE or ☐ FEMALE<br>☐ DEAD   ☐ INJURED<br>☐ MISSING | 27a. Name (Last, First, Middle Name)<br><br>27b. Address (City, State, Zip Code) | | 27c. Status<br>☐ CREW<br>☐ PASSENGER<br>☐ OTHER (Specify) |
|---|---|---|---|
| 28. Birth Date | 29. Telephone No.<br>(      ) | 30. Job Position | 31. (Check here if off duty)<br>☐ |

| 32. Employer -((If different from Block 18., fill in Name, Address, Telephone No.) |
|---|

| 33. Person's Time | YEAR(S) | MONTH(S) | 34. Industry of Employer (Towing, Fishing, Shipping, Crew Supply, Drilling, etc.) |
|---|---|---|---|
| A. IN THIS INDUSTRY - | _____ | _____ | |
| B. WITH THIS COMPANY - | _____ | _____ | |
| C. IN PRESENT JOB OR POSITION - | _____ | _____ | 35. Was the Injured Person Incapacitated 72 Hours or More?   ☐ YES   ☐ NO |
| D. ON PRESENT VESSEL/FACILITY - | _____ | _____ | |
| E. HOURS ON DUTY WHEN ACCIDENT OCCURRED - | _____ | | 36. Date of Death |

| 37. Activity of Person at Time of Accident |
|---|

| 38. Specific Location of Accident on Vessel/Facility |
|---|

| 39. Type of Accident (Fall, Caught between, etc.) | 40. Resulting Injury (Cut, Bruise, Fracture, Burn, etc.) |
|---|---|
| 41. Part of Body Injured | 42. Equipment Involved in Accident |

| 43. Specific Object, Part of the Equipment in Block 42., or Substance (Chemical, Solvent, etc.) that directly produced the Injury. |
|---|

## SECTION IV. DESCRIPTION OF CASUALTY

44. Describe how accident occured, damage, information on alcohol/drug involvement and recommendations for corrective safety measures. (See instructions and attach additional sheets if necessary).

See ▓▓▓▓ Statement,

| 45. Witness (Name, Address, Telephone No.) |
|---|
| 46. Witness (Name Address, Telephone No.) |

| SECTION V. PERSON MAKING THIS REPORT | | 47c. Title |
|---|---|---|
| 47. Name (PRINT) (Last, First, Middle)<br>▓▓▓▓▓ | 47b. Address (City, State, Zip Code)<br>▓▓▓▓▓ | Operations<br>47d. Date   12 12 02 |

| FOR COAST GUARD USE ONLY | REPORTING OFFICE: |
|---|---|
| APPARENT CAUSE | |

| CASUALTY CODE A B C | INVESTIGATOR (Name) | DATE | APPROVED BY (Name) | DATE |
|---|---|---|---|---|

☆U.S.GPO:1987-0-181-722/81685



## Results of Alcohol Test

Batch ID: 20021216
Test Type: POST ACCIDENT
Specimen ID: 506

Participant: GUY SPLETTOESSER
SSN: 0███████
Record Status: **Negative**

## ATTENTION:

███████████
FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

Company: **FORE RIVER DOCK & DREDGE, INC  (351)**
Collection Date/Time: 12/12/2002        0249
Specimen Collector: ████████████
Collection Site: COMPLIANCE NETWORK OF NEW ENGLAND
AFTER HOURS 5PM - 8AM
Date COC Received: 12/12/2002
Sample Type: Breath

| Substance Tested | Result |
|---|---|
| Alcohol | Negative |

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

**This was printed on 12/31/2002 at 07:52:01**

# Results of Controlled Substance Test

Batch ID: **20021216**

Test Type: **POST ACCIDENT**

Specimen ID: **21221563**

Participant: **GUY SPLETTOESSER**

SSN: **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**

Record Status: **Negative**

## ATTENTION:

██████████

FORE RIVER DOCK & DREDGE, INC

446 COMMERCIAL STREET

PORTLAND, ME 04101

|  |  |
|---|---|
| Company: | **FORE RIVER DOCK & DREDGE, INC  (351)** |
| Collection Date/Time: | 12/12/2002        0257 |
| Specimen Collector: | ████████████ |
| Collection Site: | COMPLIANCE NETWORK OF NEW ENGLAND |
|  | AFTER HOURS 5PM - 8AM |
| Laboratory: | LAB ONE |
|  | 10101 RENNER BLVD |
|  | LENEXA, KS  66200 |
| Medical Review Officer: | ███████████ MD, MROCC |
| MRO Verification Date: | 12/13/2002 |
| Date COC Received: | 12/12/2002 |
| Sample Type: | Urine |
| Dilute: | True |

| Substance Tested | Result |
|---|---|
| Amphetamines | Negative |
| Cocaine | Negative |
| Marijuana | Negative |
| Opiates | Negative |
| Phencyclidine | Negative |

**DILUTE SPECIMEN**

███████████████████

███████████ MD, MROCC

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/30/2002 at 13:47:04

# Results of Alcohol Test

| | |
|---|---|
| **Batch ID:** 20021216 | **Participant:** ████████████ |
| **Test Type:** POST ACCIDENT | **SSN:** ████████ |
| **Specimen ID:** 507 | **Record Status:** ████████ |

## ATTENTION:

████████

FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

| | |
|---|---|
| **Company:** | **FORE RIVER DOCK & DREDGE, INC  (351)** |
| **Collection Date/Time:** | 12/12/2002          1502 |
| **Specimen Collector:** | ████████████ |
| **Collection Site:** | COMPLIANCE NETWORK OF NEW ENGLAND |
| | AFTER HOURS 5PM - 8AM |
| **Date COC Received:** | 12/12/2002 |
| **Sample Type:** | Breath |

| Substance Tested | Result |
|---|---|
| Alcohol | ████████ |

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/31/2002 at 07:46:37

# Results of Controlled Substance Test

| | | | |
|---|---|---|---|
| Batch ID: | 20021216 | Participant: |  |
| Test Type: | POST ACCIDENT | SSN: | |
| Specimen ID: | 21221564 | Record Status: | |

## ATTENTION:

FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

| | |
|---|---|
| Company: | FORE RIVER DOCK & DREDGE, INC  (351) |
| Collection Date/Time: | 12/12/2002          0310 |
| Specimen Collector: | |
| Collection Site: | COMPLIANCE NETWORK OF NEW ENGLAND |
| | AFTER HOURS 5PM - 8AM |
| Laboratory: | LAB ONE |
| | 10101 RENNER BLVD |
| | LENEXA, KS  66200 |
| Medical Review Officer: | MD, MROCC |
| MRO Verification Date: | 12/13/2002 |
| Date COC Received: | 12/12/2002 |
| Sample Type: | Urine |



| Substance Tested | Result |
|---|---|
| Amphetamines | |
| Cocaine | |
| Marijuana | |
| Opiates | |
| Phencyclidine | |

MD, MROCC

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/30/2002 at 13:47:54

# Results of Alcohol Test

Batch ID: 20021216
Test Type: POST ACCIDENT
Specimen ID: 504

Participant: ███████████
SSN: ████████
Record Status: ████████

## ATTENTION:

████████
FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

Company: FORE RIVER DOCK & DREDGE, INC  (351)
Collection Date/Time: 12/12/2002          0227
Specimen Collector: ████████████
Collection Site: COMPLIANCE NETWORK OF NEW ENGLAND
AFTER HOURS 5PM - 8AM
Sample Type: Breath

| Substance Tested | Result |
|---|---|
| Alcohol | ████████ |

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/30/2002 at 13:51:44

# Results of Controlled Substance Test

| | | | |
|---|---|---|---|
| **Batch ID:** 20021216 | | **Participant:** ███████ | |
| **Test Type:** ███████ | | **SSN:** ███████ | |
| **Specimen ID:** 21221566 | | **Record Status:** ███████ | |

## ATTENTION:

███████

FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

| | |
|---|---|
| Company: | FORE RIVER DOCK & DREDGE, INC  (351) |
| Collection Date/Time: | 12/12/2002          0237 |
| Specimen Collector: | |
| Collection Site: | COMPLIANCE NETWORK OF NEW ENGLAND |
| | AFTER HOURS 5PM - 8AM |
| Laboratory: | LAB ONE |
| | 10101 RENNER BLVD |
| | LENEXA, KS  66200 |
| Medical Review Officer: | ███████, MD,  MROCC |
| MRO Verification Date: | 12/13/2002 |
| Date COC Received: | 12/12/2002 |
| Sample Type: | Urine |



| Substance Tested | Result |
|---|---|
| Amphetamines | |
| Cocaine | |
| Marijuana | |
| Opiates | |
| Phencyclidine | |

███████ MD,  MROCC

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/30/2002 at 13:49:10

# Results of Alcohol Test

Batch ID: 20021216

Test Type: POST ACCIDENT

Specimen ID: 505

Participant: ███████████

SSN: ███████████

Record Status: ████████

---

## ATTENTION:

███████████

FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

Company: FORE RIVER DOCK & DREDGE, INC  (351)

Collection Date/Time: 12/12/2002          0239

Specimen Collector: ██████████████

Collection Site: COMPLIANCE NETWORK OF NEW ENGLAND
AFTER HOURS 5PM - 8AM

Sample Type: Breath

| Substance Tested | Result |
|------------------|--------|
| Alcohol | ████████ |

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

# Results of Controlled Substance Test

Batch ID: 20021216
Test Type: POST ACCIDENT
Specimen ID: 21221565

Participant: ███████████
SSN: ███████
Record Status: ████████

## ATTENTION:

████████
FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

Company: **FORE RIVER DOCK & DREDGE, INC  (351)**
Collection Date/Time: **12/12/2002        1443**
Specimen Collector: ██████████
Collection Site: **COMPLIANCE NETWORK OF NEW ENGLAND**
**AFTER HOURS 5PM - 8AM**
Laboratory: **LAB ONE**
**10101 RENNER BLVD**
**LENEXA, KS  66200**
Medical Review Officer: ███████████ **MD,  MROCC**
MRO Verification Date: **12/13/2002**
Date COC Received: **12/12/2002**
Sample Type: **Urine**



| Substance Tested | Result |
|------------------|--------|
| Amphetamines | |
| Cocaine | |
| Marijuana | |
| Opiates | |
| Phencyclidine | |

███████████ MD, MROCC

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/30/2002 at 13:48:32

# Results of Alcohol Test

Batch ID: 20021216                              Participant: ████████████
Test Type: POST ACCIDENT                        SSN: ████████████
Specimen ID: 503                                Record Status: ████████

---

## ATTENTION:

████████████
FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

| | |
|---|---|
| Company: | FORE RIVER DOCK & DREDGE, INC  (351) |
| Collection Date/Time: | 12/12/2002          0214 |
| Specimen Collector: | ████████████ |
| Collection Site: | COMPLIANCE NETWORK OF NEW ENGLAND |
| | AFTER HOURS 5PM - 8AM |
| Sample Type: | Breath |

| Substance Tested | Result |
|---|---|
| Alcohol | ████████ |

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/30/2002 at 13:52:20

## Results of Controlled Substance Test

| | |
|---|---|
| Batch ID: **20021216** | Participant: ███████ |
| Test Type: **POST ACCIDENT** | SSN: ███████ |
| Specimen ID: **21221567** | Record Status: **Negative** |

**ATTENTION:**

███████

FORE RIVER DOCK & DREDGE, INC
446 COMMERCIAL STREET
PORTLAND, ME 04101

| | |
|---|---|
| Company: | **FORE RIVER DOCK & DREDGE, INC  (351)** |
| Collection Date/Time: | **12/12/2002        0225** |
| Specimen Collector: | ███████ |
| Collection Site: | **COMPLIANCE NETWORK OF NEW ENGLAND** |
| | **AFTER HOURS 5PM - 8AM** |
| Laboratory: | **LAB ONE** |
| | **10101 RENNER BLVD** |
| | **LENEXA, KS  66200** |
| Medical Review Officer: | ███████, MD,  MROCC |
| MRO Verification Date: | **12/13/2002** |
| Date COC Received: | **12/12/2002** |
| Sample Type: | **Urine** |



| Substance Tested | Result |
|---|---|
| Amphetamines | |
| Cocaine | |
| Marijuana | |
| Opiates | |
| Phencyclidine | |

███████, MROCC

This test was performed, recorded, and reported in accordance with CFR 49 Part 40.

This was printed on 12/30/2002 at 13:49:46

P 120518Z DEC 02 ZUI ASN-A01346000052
FM COMCOGARDGRU BOSTON MA
O CCGDONE BOSTON MA//OSR/CC//
INFO COGARD STA MERRIMACK RIVER MA
COGARD AIRSTA CAPE COD MA
COGARD STA GLOUCESTER MA
COGARD MSO BOSTON MA
BT
UNCLAS //N16130//
SUBJ: SITREP ONE AND FINAL  - TUG AND BARGE COLLISION - IVO 1NM SOUTH OF
MERRIMACK RIVER ENTRANCE - 42-47N 070-48W
PERIOD: 112045R DEC 02 TO 112245R DEC 02.
1. SITUATION:
   A. CASE STATUS: CLOSED.
   B. NOTIFICATION: 112045R CHN 16VHF FM BARGE.
   C. 112045R RCVD CALL FM BARGE OF COLLISION WITH TUG "SEAWIND" VIC OF
THE MERRIMACK RIVER ENTRANCE BUOY. CG47225, CG6042, AND CG47259
RESPONDED. CG6042 LOCATED BARGE 1-2NM SOUTH OF SOUTH JETTY APPROX
100-200 YDS OFF BEACH.  LIFTED 05 POB FM BARGE AND TOOK TO STA
MERRIMACK RIVER WHERE THEY WERE EVALUATED BY EMS.  ALL POB WERE
FOUND TO BE IN GOOD CONDITION.
   D. DESC: 120FT BARGE
        25 FT TUG "SEAWIND"
   E. POB INFO: OWNER: FORE RIVER DOCK AND DREDGE
        ███████████████          446 COMMERCIAL ST.
                                 PORTLAND, ME
   F. ADDITIONAL POC: MASTER - █████████████████  DOB: ████████
        ███████████████████████
        CREWMAN: █████████████████████
        ███████████████████
        ███████████████████
   G. WX: WIND: NE 20-30KTS, SEAS:8-10FT; VIS:05NM; AT:44F; ST:45.
2. ACTION TAKEN:
   A. 112045R RCVD INITIAL CALL FM TUG "SEAWIND" MASTER.  TUG AND BARGE
COLLIDED DUE TO HEAVY WIND AND SEAS.  ALL 05 POB EVACUATED TO THE
BARGE.  04 POB HAVE PFD'S, MASTER UNABLE TO RETREIVE HIS FM TUG.
   B. 2051R DIRECTED STA MERRIMACK RIVER TO LAUNCH, ASSUMED SMC.
   C. 2052R BRIEFED D1CC, REQUESTED HELO.
   D. 2053R CG47255 U/W.
   E. 2115R BRIEFED CO.
   F. 2117R CG47255 RPTS 8-10 FT BREAKERS AT MOUTH OF MERRIMACK RIVER,
UNABLE TO SAFELY TRANSIT.  WILL STAND BY INSIDE OF INLET.
   G. 2122R DIRECTED STA MR TO CALL LOCAL FD AND PD TO ASSIST ON BEACH IF
NEEDED.

H. 2129R NEWBURYPORT FD O/S PLUM ISLAND BEACH.

I. 2130R BARGE DROPPED 01 SPUD, APPEARS TO BE HOLDING 100YDS OFF BEACH.

J. 2131R STA GLOUCESTER WILL LAUNCHED MLB.

K. 2132R RESCUE 6042 A/B.

L. 2143R CG47259 U/W.

M. 2153R CG47259 HAS 1 HR AND 15MIN ETA.

N. 2206R RESCUE 6042 O/S, 1NM SOUTH OF MR JETTY 100-200 YDS OFF BEACH.

O. 2207R BARGE RPTS 02 SPUDS ARE NOW DOWN, BARGE HAS SHIFTED AND IS NOW BEAM TO THE SEAS.

P. 2214R GDO DIRECTS RESCUE 6042 TO TAKE ALL 05 POB OFF BARGE.

Q. 2221R GDO RELEASED CG47259.

R. 2227R RESCUE 6042 HAS ALL 05 POB SAFELY ONBOARD, E/R STA MR.

S. 2230R RELEASED CG47255.

T. 2237R RESCUE 6042 SAFELY ONDECK STA MR. EMS O/S.

U. 2240R RELEASED NEWBURYPORT FD.

V. 2245R RESCUE 6042 A/B E/R AIRSTA CAPE COD.

3. FUTURE PLANS AND RECOMMENDATIONS: MSO NOTIFIED OF SITUATION WITH TUG AND BARGE.

4. AMPLIFYING INFO:

A. CASE INFO: MASTER OF TUG "SEAWIND" STATED THAT BARGE AND TUG COLLIDED DUE TO HEAVY WIND AND SEAS. AFTER A COUPLE OF COLLISION'S THE MASTER AND 01 CREWMAN WERE THROWN ONTO THE BARGE THAT WAS NOW PUSHED ALONGSIDE FM THE SEAS. THE TUG APPEARED TO BE TAKING ON WATER AND THE OTHER 03 CREWMAN LEFT THE TUG AND GOT ON THE BARGE. MASTER STATED HE LOST CONTROL OF THE TUG AS THEY WERE PREPARING FOR ALONGSIDE TOW WHILE ENTERING MERRIMACK RIVER IN 6-8 FT SEAS.  ALL COMMS WERE VIA HAND HELD VHF.  TUG AND BARGE WERE RPTD TO BE "TOSSED" ONTO THE BEACHED BY THE BUILDING SEAS VIA NEWBURYPORT FD WITHIN 05 MINUTES AFTER RESCUE 6042 TOOK THEM OFF THE BARGE.

B. POLLUTION: UNKNOWN, MSO BOSTON NOTIFIED.

C. MEDIA INTEREST: SLIGHT.

5. CASE STATUS:

A. CASE CLOSED.

B. SORTIE DATA:

STATION MERRIMACK RIVER:   01 SORTIE  1.6 HRS.

ASCC              01 SORTIE  1.1 HRS.

STATION GLOUCESTER       01 SORTIE  0.6 HRS

C. UCN, SARMIS II SYSTEM CASE NUMBER.

GRUBOS  (SMC)       044-03

STA MERRIMACK RIVER    013-03

ASCC          056-03

STA GLOUCESTER     032-03

D1CC       149-03

MISLE CASE#       100564

BT

B. 2325R, MSO PERSONNEL RESPONDEF' TO STATION MMERRIMACK RIVER TO CONDUCT INITIAL POLLUTION INVESTIGATION AND CAUSALITY INVESTIGATION.

C. 120050R DEC 02, MSO PERSONNEL REPORT THAT THE 25 FT TUG "SEAWIND" TOWING THE 100 FT BARGE "DB-64" HAD COLLIDED AND GROUNDED WEST OF THE MOUTH OF THE MERRIMACK RIVER. MSO REPS ISSUED A NOTIFICATION OF FEDERAL INTEREST TO THE MASTER OF THE VESSEL.

D. 0344R, DUE TO DARKNESS AND HEAVY WX CONDITIONS MSO REPS UNABLE TO DETERMINE IF AN OIL SPILL HAS TAKEN PLACE, NO OIL SIGHTED AT SURF LINE. MSO REPS DEPARTED SCENE, WILL RETURN AT FIRST LIGHT.

E. 0400R, O/O OF VESSEL HIRED CLEAN HARBORS INC (CHI) TO CONDUCT REMOVAL OF THE OIL O/B TUG AND BARGE.

F. 0928R, MSO REPS O/S, REPORT TUG AND BARGE ON BEACH WITH 75 GAL OF DIESEL ON THE TUG AND 150 GAL OF DIESEL, 10 GAL OF LUBE OIL, AND 3 GAL OF HYDRAULIC OIL ON THE BARGE. O/O REP O/S AND AWAITING WORD ON VESSEL RESPONSE.

G. 1422R, CHI ARRIVED O/S, COMMENCED PUMPING OFF THE TUG BOAT. MSO REPS REPORT BARGE SHOWING SIGNS OF STRESS CRACKS IN HULL DUE TO HEAVY SEAS. DUE TO INCOMING TIDE, CHI EVALUATING SAFETY OF ATTEMPTING TO COMMENCE PUMPING OFF THE OIL ON THE BARGE.

3. ADDITIONAL INFO.

A. BRIGHTLINE TEST: N/A

4. FUTURE PLANS AND RECOMMENDATIONS.

A. MSO REPS TO MONITOR REMOVAL OF OIL

B. VIOLATION REPORT PENDS

C. CO'S COMMENTS/RECOMMENDATIONS: N/A

D. CASE PENDS//

BT

R 132237Z DEC 02 ZUI ASN-A01347000282
`M COGARD MSO BOSTON MA
`O CCGDONE BOSTON MA//M/CC//
INFO COMDT COGARD WASHINGTON DC//G-MOR/G-OPF//
COMLANTAREA COGARD PORTSMOUTH VA//AM/ACC//
COGARD NATIONAL RESPONSE CENTER WASHINGTON DC
COGARD FINCEN CHESAPEAKE VA//ORGQ//
COMCOGARD MLC LANT NORFOLK VA//FCP-2//
COMCOGARDGRU BOSTON MA
COMCOGARD NPFC WASHINGTON DC
BT
UNCLAS //N16465//
OPER/UNKNOWN//
MSGID/SITREP/COGARD MSO BOSTON MA/-//
SUBJ/SITREP-POL TWO AND FINAL/POTENTIAL MINOR, GROUNDED TUG AND
BARGE, PLUM ISLAND, MA, 42-47N 070-48W. MISLE CASE NUMBER 100564//
REF/A/P120518Z/SITREP ONE AND FINAL/COMCOGARDGRU BOSTON MA//
REF/B/R121927Z/SITREP-POL ONE/COGARD MSO BOSTON MA//
AMPN/PER REF A AND B, TUG AND BARGE GROUNDED ONE MILE SOUTH OF
MERRIMACK RIVER ON PLUM ISLAND.  POTENTIAL POLLUTION MINOR.
HOWEVER SENSITIVITY OF WILDLIFE REFUGE AND RESOURCES ON PLUM
ISLAND RAISED SIGNIFICANTLY THE LEVEL OF CONCERN REGARDING THIS
RESPONSE.//
  ARR/SITREP-POL TWO AND FINAL FOR POTENTIAL MINOR DISCHARGE,
GROUNDED TUG AND BARGE, PLUM ISLAND, MA//
RMKS/1. SITUATION.
  A. OVERVIEW: THE TUG BOAT AND THE BARGE COLLIDED DUE TO HEAVY SEAS
AND WIND WHILE ATTEMPTING TO ENTER THE MERRIMACK RIVER.  THE TUG
AND BARGE LATER RAN AGROUND ONE NAUTICAL MILE SOUTH OF THE
ENTRANCE TO THE MERRIMACK RIVER.  O/O OF THE VESSEL HIRED CLEAN
HARBORS INC TO REMOVE THE OIL O/B THE TUG AND BARGE.  O/O
COORDINATING WITH WILDLIFE REFUGE PERSONNEL TO ENSURE STAKEHOLDER
ENVIRONMENTAL CONCERNS ADDRESSED DURING POLLUTION REMOVAL AND
SALVAGE OPS.
  B. O/S WX: 10-20KTS NE, 42 F, VISIBILITY 5NM, SEAS 8-10 FT.
  C. VESSEL DATA: 25 FT TUG SEAWIND, 100 FT BARGE DS-64.
  D. OWNER/OPERATOR/AGENT: FORE RIVER DOCK AND DREDGE CO.
  E. SAR STATUS: CREW REMOVED 112227R DEC 02
  F. CG RESOURCES SUMMARY: N/A
  G. RESOURCES AT RISK: PLUM ISLAND, MA DESIGNATED NATIONAL WILDLIFE
REFUGE AREA.
  H. ECONOMIC IMPACT: NONE
  I. KEY STAKEHOLDER ISSUES: N/A
  J. HEALTH AND HUMAN SAFETY FACTORS: N/A
  K. MEDIA INTEREST: SLIGHT
  L. CASUALTY INFORMATION: CASUALTY INVESTIGATION UNDERWAY

M. INCIDENT/UNIFIED COMMAND STATUS: N/A

2. ACTION TAKEN.

A. 121651R DEC 02, OPERATION SECURED FOR THE EVENING.  ALL OIL REMOVED FROM THE SEAWIND.  UNABLE TO REMOVE OIL FROM BARGE DUE TO WX AND STATE OF THE TIDE.  MSO REPS AND CONTRACTOR PLAN TO BE ON SCENE TOMMOROW TO CONTINUE OPS.

B. 130931R DEC 02, MSO REPS ON SCENE, REPS OBSERVED STARBOARD SIDE BARGE HAD BROKEN FREE, INTERIOR OF HOPPER BARGE OPEN TO SEA.  NO POLLUTION OBSERVED.

C. 1105R, CLEAN HARBORS INC REPS ON SCENE AND COMMENCED SETTING UP TO PUMP OFF THE REMAINDER OF THE OIL FROM THE BARGE.

D. 1353R, ALL OILS REMOVED FROM BARGE.  CLEAN HARBORS PERSONNEL REMOVED DEBRIS FROM BARGE.

E. 1501R, MSO REPS DEPART SCENE.

3. ADDITIONAL INFO.

A. BRIGHTLINE TEST: N/A

4. FUTURE PLANS AND RECOMMENDATIONS.

A. MSO AWAITING SALVAGE PLAN FROM O/O.  MSO PLANS TO CONTINUE TO MONITOR SALVAGE OPS.

B. MISLE CASE TO FOLLOW.

C. CO'S COMMENTS/RECOMMENDATIONS: N/A

D. CASE CLOSED//

BT

Operator

Fore River Dock & Dredge

Tug Seawind
446 Commercial St.
Portland ME 04101

Owner

CAPE COD BAY-
1128 AM EST WED DEC 11 2002
...SMALL CRAFT ADVISORY MAY BE REQUIRED TONIGHT...
.THIS AFTERNOON...NE WIND 10 TO 15 KTS...BECOMING E LATE.  SEAS 2 TO
4 FT.
.TONIGHT...E WIND 15 KTS INCREASING TO 20 TO 25 KTS LATE IN THE
EVENING WITH OCCASIONAL GUSTS TO 30 KTS.  SEAS 2 TO 4 FT...BUILDING
TO 4 TO 8 FT.  VSBY LOWERING TO BELOW 3 MILES IN RAIN.
.THU...NE WIND 20 TO 25 KTS BECOMING N EARLY IN THE AFTERNOON.  SEAS
4 TO 8 FT.  VSBY 2 TO 3 MILES IN RAIN EARLY IN THE
MORNING...IMPROVING TO OVER 6 MILES DURING THE AFTERNOON.
.THU NIGHT...N WIND 15 KTS BECOMING NW AFTER MIDNIGHT AND DECREASING
TO 10 KTS OR LESS.  SEAS 4 TO 8 FT...SUBSIDING TO 3 TO 6 FT.
.FRI...LIGHT AND VARIABLE WIND.  SEAS 3 TO 6 FT...SUBSIDING TO 2 TO 4
FT.
.FRI NIGHT...SE WIND 10 KTS OR LESS BECOMING E.  SEAS 2 TO 4 FT.
.SAT...E WIND 10 TO 15 KTS BECOMING NE AND INCREASING TO 25 TO 30 KTS
WITH OCCASIONAL GUSTS TO 40 KTS.  SEAS 2 TO 4 FT...BUILDING TO 4 TO 8
FT. VSBY LOWERING TO BELOW 3 MILES IN A CHANCE OF SNOW OR RAIN LATE
AT NIGHT.
.SUN...NW WIND 20 TO 30 KTS BECOMING N.  SEAS 5 TO 10 FT.  VSBY
LOWERING TO BELOW 3 MILES IN SNOW OR RAIN.
$$
ANZ250-112115-
COASTAL WATERS FROM MERRIMACK RIVER MA OUT 25 NM TO PLYMOUTH MA OUT
40 NM-
1128 AM EST WED DEC 11 2002
...SMALL CRAFT ADVISORY MAY BE REQUIRED TONIGHT...


                              UNCLAS


.THIS AFTERNOON...E WIND 15 TO 20 KTS.  SEAS 2 TO 4 FT.
.TONIGHT...E WIND 15 TO 20 KTS WITH OCCASIONAL GUSTS TO 25 KTS.  SEAS
3 TO 6 FT...BUILDING TO 4 TO 8 FT.  VSBY LOWERING TO BELOW 3 MILES
IN RAIN.
.THU...NE WIND 25 KTS WITH OCCASIONAL GUSTS TO 30 KTS BECOMING N LATE
IN THE AFTERNOON AND DECREASING TO 15 TO 20 KTS.  SEAS 5 TO 10 FT.
VSBY 2 TO 3 MILES IN RAIN EARLY IN THE MORNING...THEN IMPROVING TO
OVER 6 MILES DURING THE AFTERNOON.
.THU NIGHT...N WIND 10 KTS OR LESS BECOMING NW AFTER MIDNIGHT.  SEAS
5 TO 10 FT...SUBSIDING TO 4 TO 8 FT.
.FRI...LIGHT AND VARIABLE WIND.  SEAS 3 TO 6 FT.
.FRI NIGHT...E WIND LESS THAN 10 KTS.  SEAS 2 TO 4 FT.
.SAT...NE WIND 10 KTS BECOMING N AND INCREASING TO 20 TO 25 KTS WITH
OCCASIONAL GUSTS TO 35 KTS.  SEAS 2 TO 4 FT...BUILDING TO 4 TO 8 FT.
A CHANCE OF SNOW OR RAIN LATE AT NIGHT.
.SUN...N WIND 20 TO 25 KTS WITH OCCASIONAL GUSTS TO 35 KTS.  SEAS 6
TO 12 FT.  A CHANCE OF RAIN...THEN A CHANCE OF RAIN OR SNOW LATE AT
NIGHT.
$$
BT
NNNN

COASTAL WATERS FROM MERRIMACK RIVER MA OUT 25 NM TO PLYMOUTH MA OUT 40 NM-
442 PM EST WED DEC 11 2002
...SMALL CRAFT ADVISORY FOR SEAS...
.TONIGHT...E WIND 20 TO 25 KTS BECOMING NE TOWARD DAYBREAK.  SEAS 3 TO 6 FT...BUILDING TO 5 TO 10 FT.  SNOW OR RAIN.  VSBY AROUND 3 MILES EARLY IN THE EVENING AND 1 TO 2 MILES FROM LATE EVENING INTO THE OVERNIGHT HOURS IN PRECIPITATION.
.THU...NE WIND 20 TO 25 KTS BECOMING N LATE IN THE MORNING.  SEAS 6 TO 12 FT.  VSBY 1 TO 2 MILES IN SNOW OR RAIN EARLY...THEN RAIN LIKELY FROM LATE MORNING THROUGH THE AFTERNOON WITH VSBY AROUND 3 MILES IN PRECIPITATION.
.THU NIGHT...NW WIND 20 KTS WITH OCCASIONAL GUSTS TO 25 KTS DECREASING TO 10 TO 15 KTS LATE IN THE EVENING.  SEAS 5 TO 10 FT... SUBSIDING TO 3 TO 6 FT.
.FRI...NW WIND 10 KTS OR LESS BECOMING SW LATE IN THE AFTERNOON. SEAS 3 TO 6 FT...SUBSIDING TO 2 TO 4 FT.
.FRI NIGHT...SW WIND LESS THAN 10 KTS.  SEAS 2 TO 4 FT.  A CHANCE OF SNOW OR RAIN AFTER MIDNIGHT WITH VSBY AROUND 3 MILES.
.SAT...NE WIND 10 KTS OR LESS.  SEAS 3 TO 6 FT...BUILDING TO 5 TO 10 FT.  RAIN WITH VSBY AROUND 3 MILES.
.SAT NIGHT...NE WIND 20 TO 25 KTS WITH OCCASIONAL GUSTS TO 35 KTS. SEAS 6 TO 12 FT.  A CHANCE OF RAIN UNTIL MIDNIGHT...THEN A CHANCE OF SNOW OR RAIN AFTER MIDNIGHT WITH VSBY AROUND 3 MILES.
.SUN...N WIND 25 KTS WITH OCCASIONAL GUSTS TO 40 KTS BECOMING NW AND DECREASING TO 15 TO 20 KTS.  SEAS 5 TO 10 FT...SUBSIDING TO 3 TO 6 FT.  A CHANCE OF SNOW OR RAIN IN THE MORNING...THEN A CHANCE OF RAIN.  VSBY AROUND 3 MILES IN PRECIPITATION.
.MON...N WIND 15 TO 20 KTS WITH OCCASIONAL GUSTS TO 25 KTS.  SEAS 2 TO 4 FT.  A CHANCE OF SNOW IN THE MORNING WITH VSBY AROUND 3 MILES.
$$

```
ZZ250-120915-
COASTAL WATERS  FROM MERRIMACK RIVER MA OUT 25 NM TO PLYMOUTH MA OUT
40 NM-
829 PM EST WED DEC 11 2002
...SMALL CRAFT ADVISORY...
.TONIGHT...NE WIND 20 TO 30 KTS WITH OCCASIONAL GUSTS TO 35 KTS.
SEAS 5 TO 10 FT.  RAIN. VSBY AROUND 3 MILES EARLY IN THE EVENING AND
1 TO 2 MILES FROM LATE EVENING INTO THE OVERNIGHT HOURS IN
PRECIPITATION.
.THU...NE WIND 20 TO 25 KTS BECOMING N LATE IN THE MORNING.  SEAS 6
TO 12 FT.  VSBY 1 TO 2 MILES IN SNOW OR RAIN EARLY...THEN RAIN
LIKELY FROM LATE MORNING THROUGH THE AFTERNOON WITH VSBY AROUND 3
MILES IN PRECIPITATION.
.THU NIGHT...NW WIND 20 KTS WITH OCCASIONAL GUSTS TO 25 KTS
DECREASING TO 10 TO 15 KTS LATE IN THE EVENING.  SEAS 5 TO 10 FT...
SUBSIDING TO 3 TO 6 FT.
.FRI...NW WIND 10 KTS OR LESS BECOMING SW LATE IN THE AFTERNOON.
SEAS 3 TO 6 FT...SUBSIDING TO 2 TO 4 FT.
.FRI NIGHT...SW WIND LESS THAN 10 KTS.  SEAS 2 TO 4 FT.  A CHANCE OF
SNOW OR RAIN AFTER MIDNIGHT WITH VSBY AROUND 3 MILES.
.SAT...NE WIND 10 KTS OR LESS.  SEAS 3 TO 6 FT...BUILDING TO 5 TO 10
FT.  RAIN WITH VSBY AROUND 3 MILES.
.SAT NIGHT...NE WIND 20 TO 25 KTS WITH OCCASIONAL GUSTS TO 35 KTS.
SEAS 6 TO 12 FT.  A CHANCE OF RAIN UNTIL MIDNIGHT...THEN A CHANCE OF
SNOW OR RAIN AFTER MIDNIGHT WITH VSBY AROUND 3 MILES.
.SUN...N WIND 25 KTS WITH OCCASIONAL GUSTS TO 40 KTS BECOMING NW AND
DECREASING TO 15 TO 20 KTS.  SEAS 5 TO 10 FT...SUBSIDING TO 3 TO 6
FT.  A CHANCE OF SNOW OR RAIN IN THE MORNING...THEN A CHANCE OF
RAIN.  VSBY AROUND 3 MILES IN PRECIPITATION.
.MON...N WIND 15 TO 20 KTS WITH OCCASIONAL GUSTS TO 25 KTS.  SEAS 2
TO 4 FT.  A CHANCE OF SNOW IN THE MORNING WITH VSBY AROUND 3 MILES.
$$
FRANKLIN
BT
NNNN
```

We were inbound at the first Green Can
with a dredge barge in tow, ~~also~~
When a 8 to 10 foot wave came over
the ~~st~~ stern of to the Tug Seawind.
The wave flooded the deck and Engine
room. We then lost control of the
tow and ended up alongside of barge.
While alongside the barge another
wave threw the deckhand on the
deck of the barge, then another
wave threw me onto the deck of
the barge. Once on the barge,
the tug started beating against the
barge. After a while we drifted
out of the surf and towards the
beach wer where we dropped the
spuds.



I WAS IN THE CRANE ON THE BARGE WHEN I
YEARD THE ENGINES ON THE "SEAWIND" CHANGE
SOUND. WHEN I LOOKED SHE WAS GOING
FAST FROM THE BOW TOWARDS THE STERN.
I THOUGHT THAT SHE MIGHT HAVE PARTED
THE HAWSER. GOT OUT OF THE CRANE AND
RAN TOWARDS THE STERN. BY THAT TIME
THE 2 MEN ON THE BOAT WERE SAFELY ON
BOARD THE BARGE, WHILE THE BOAT
BEING PUSHED BY THE WIND DRIFTED OFF.
APPARENTLY THE SURFLINE CAUGHT THE
BOAT AND THE BOAT GOT OUT OF CONTROL

I was on the Seawind outside on the ladder talking to painting out the location of a green buoy. O wave hit us and we took on water. Follow by other large waves. Closed the hatch going to engine room. The tug came around to stearn of barge and smashed again it once. The next Swell I lept off the boat to the barge. followed on the next wave. We floated on the barge until we got close to shore, dropped stearn spud. after dropped bow spud.

towing from Anasquan River to Newbury Port left River at 1515 approximatly halfWay here encountered 2-3' Seas which Built to 3-5 outside of Newbury Port When making turn into Channel River Seas were slacking 8-12' at Which time we were Commited. large Wave Broke of over stern of Seaward a took water in engine Room Hatch & folded them against the Barge + Wind + wave Pinned shore there we were Broadside to wind + Wave at that time Shortly after Seaward Crashed into Barge & Jay was thrown ondeck With the next Wave ████ was on deck of Barge Dropped stern Spud then Set Bow Spud & Waited for USCG ████



HOME
OFFICE   FORE RIVER DOCK & DREDGE

Barge in tow, seas mild, then to swells. Large waves out of nowhere threw tug at barge, many times. Both men on tug were tossed on barge deck. Tow line pulled in to tug's screws. Seas rough, and windy, waited for Coast Guard. We were air lifted by Coast Guard